Leanne Hensley
Pro Se
leannejhensley@gmail.com
(503) 741-1661

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEANNE HENSLEY, an Individual, | ) Case Nos.: **3:20-cv-00859** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| *The Oregon Department of Justice* | ) |
| Defendant(s), | ) **AMENDED COMPLAINT** |
| | ) |
| **Frederick Boss** | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| *individually and in his official capacity as Deputy Attorney General of the Oregon Department of Justice* | ) |
| | ) |
| **Fay Stetz-Waters** | ) |
| | ) |
| *individually and in her official capacity as Civil Rights Director of the Oregon Department of Justice* | |
| | |
| **Rich Austria** | |
| | |
| *individually and in his official capacity as Hate Crimes Investigator of the Oregon Department of Justice* | |
| | |
| **Merrill Gretchen** | |
| | |
| *individually and in her official capacity as Senior Assistant Attorney General of the Oregon Department of Justice* | |
| | |
| **Shannon Sivell** | |
| | |
| *individually and in her official capacity as Director of Crime Victim's Compensation Division of the Oregon Department of Justice* | |
| | |
| v. | |
| | |
| *The State of Oregon* | |

AMENDED COMPLAINT FOR DAMAGES – *Hensley vs. the Oregon Department of Justice*

**Kate Brown**

*individually and in her official capacity as Governor*
*of the State of Oregon and it's Departments*

**Jeannine Beatrice**

*individually and in her official capacity as Deputy*
*Director of the State Employment Department*

**John Hummel**

*individually and in his official capacity as District*
*Attorney of Deschutes County*

**Brandi Shroyer**

*individually and in her official capacity as Deputy*
*district Attorney of Deschutes County the Mental*
*Health Court*

v.

## The Oregon Health Authority

**Dolly Matteucci**

*individually and in her official capacity as*
*Superintendent of the Oregon State Hospital*

v.

## Oregon Law Enforcement

**Sheriff L. Shane Nelson**

*individually and in his official capacity as Sheriff of*
*Deschutes County*

**Chief Mike Krantz**

*individually and in his official capacity as Chief of*
*Bend Police Department*

COMES NOW PLAINTIFF and alleges as follows:


## PARTIES

1. Leanne Hensley is an individual residing in Oregon who has applied to numerous Positions within the Oregon Hiring Market for numerous Corporations across the state, since beginning Summer 2017 – as an Asian Indian person with numerous Professional Credentials within Athletics and Wellness for Aquatics, Yoga and Gymnastics, paired with a lengthy established Career within Commercial Interior Architectural Design to include State Licensure and Academic Instruction in Design; combined with a dedicated focus on Sustainable Commercial facilities and buildings.  The Plaintiff's employment efforts for Hiring in Oregon include endeavors to secure appropriate prominent Career positions of mid, senior and executive levels – none of which has ever been documented to be successful for over (4) years since arriving to Oregon Fall 2015, due to severely Structured Racism placing Asian Indians last in Oregon Hiring trends; social acceptability and social integration.

2. The Oregon Department of Justice (DOJ), is headed by <u>Attorney General Ellen F. Rosenblum,</u> and led by Assistant Attorney General Fred Boss, both of whom serves as the state's law firm. The Oregon DOJ employs about 1,300 individuals statewide and has a <u>biennial budget</u> of approximately $550 million. The agency is headquartered in Salem and has ten legal offices throughout the state, primarily staffed by Caucasian and African American persons.

    a)  In addition to providing legal representation to state government, the DOJ claims to advocate for and protects all Oregonians, especially the most vulnerable, such as minorities and women. The Oregon DOJ and its nine divisions are tasked with running

programs related to civil rights, charitable activities, district attorney assistance, crime victim compensation, unemployment benefits and business rights.

b) In all, the Oregon Department of Justice and its Staff have responsibility and authority for more than 350 state laws - which has been continually documented by the Minority Plaintiff to give preference to Caucasian and Black citizens, over Asians of any type in Oregon.

c) The Oregon DOJ has nine divisions. They include:

- Office of the Attorney General
- Administrative Services Division
- Appellate Division
- Child Support Division »
- Civil Enforcement Division
- Crime Victim and Survivor Services Division »
- Criminal Justice Division
- General Counsel Division
- Trial Division

3. The State of Oregon, is headed by State Governor Kate Brown, who serves as the head of the executive branch of the Oregon's state government and as the commander in chief of the state's military forces. The State of Oregon employs nearly 47,000 individuals statewide and has a biennial budget of approximately $85 billion. The agency is headquartered in Salem and has over 200 Office Divisions throughout the state, primarily staffed by Caucasian and African American persons.

4. The State of Oregon represents the Oregon Health Authority, who manages the Oregon State Hospital in Salem.  The Oregon Authority employs Dolly Matteucci as the Superintendent of the Oregon State Hospital, who is further directed by the Oregon Psychiatric Security Review Board.

This State facility allegedly provides psychiatric evaluation, diagnosis and treatment, as well as community outreach and support.  The Oregon Health Authority employs more than 4,500 full and part-time individuals statewide, and has a biennial budget of over approximately $29 million.  The Oregon State Hospital employs minimally 2,000 individuals of some racial diversity, despite racial diversity of their client intake being the exact opposite.   The Salem medical facility is headquartered in Salem and primarily staffed by Caucasian, African American and lesser referenced Asian-demographics – not Asian Indian, *unless Hindu.*

5. Deschutes County District Attorney Office, is headed by <u>John Hummel,</u> who serves as an elected official.  The District Attorney's office consists of a team of Chief Deputy Attorneys, Deputy District Attorneys, Trial Assistants, Investigators, Support Staff and Victim's Assistants. The DA's Office represents the State of Oregon in all criminal cases filed in Deschutes County, wherefore the District Attorney's team is responsible for evaluating investigative reports submitted by local, state or federal agencies. The District Attorney's Office employs over 19 deputy district attorneys, as well as over 50 administrative and auxiliary staff in Deschutes County, who are primarily Caucasian.   The Deschutes County's Annual Budget for the 2021 Fiscal Year is approximately $507,820,468, of which the District Attorney's Office received additional funds. The Deschutes County District Attorney's Office is headquartered in Bend, and primarily staffed by Caucasian persons, being mainly male with a small percentage of Females, of whom are also primarily Caucasian.

6. Deschutes County Law Enforcement, is headed by <u>Sheriff Shane L. Nelson</u> and <u>Bend Police Chief, Mike Krantz,</u> who both preside over many Officers, Deputies, Lieutenants and Sergeants. The Deschutes County's Annual Budget for the 2021 Fiscal Year is approximately $507,820,468,

of which both Law Enforcement Agencies received additional funds. The Deschutes County Sheriff Office is located separately from the Bend Police Department, wherein both County Agencies coordinate on Officer assignments and scheduling. The Sheriff's Office is on-site of the County Jail and coordinates with Community Partners, such as Deschutes County Behavior Health. Both Law Enforcement Agencies are primarily staffed by Caucasian Males, less a small percentage of Caucasian Females, with a scant few minority Employees of differing races.

## COMMON ALLEGATIONS

7. The Plaintiff obtained (2) specific EEOC Rights to Sue from the Seattle Office, regarding two prominent Oregon Companies in February 2020, that has since continued to be documented by the Plaintiff as directly connected to & the cause thereof - of extreme retaliatory Civil and Human Rights violations by the State of Oregon's Governor and her Departments, the Oregon Department of Justice Leadership, and Oregon Law Enforcement in the form of (2) Registered Hate Crimes and continued financial Fraud - *as direct whistleblower retaliation to the Plaintiff since 2019; heavily throughout 2020 and into the Present.*

8. On information and documented experience, The Oregon Department of Justice (DOJ), who is primarily staffed by Caucasian and African Americans, has continually sought to intimidate, harass; initiate false reports and severely censor the Plaintiff regarding the continued reporting of Asian Indian specific Racism in Oregon Hiring which was been extensively patterned, pervasive and structured to keep low-caste Asian Indians out of Oregon Hiring Markets, since the Plaintiff began applying for any position in Oregon in 2016 onwards - *especially within Leadership positions.* The State of Oregon and Oregon Department of Justice have continually acted in overt

coordinated willful retaliation, commonly enabling reporting impediments through email, phone and website access - as direct means of obstruction and intimidation, through willfully acting as such in order to prevent communications, *beginning heavily in 2018 to the Present.*

9. Several Oregon DOJ Sr. Staff and numerous Director or mid-level Professionals, have openly led efforts within the Oregon Department of Justice to impede Racial Discrimination Reporting, creating additional whistleblower retaliation efforts within the DOJ's Civil Rights Division and connected several State of Oregon Departments, *leading to more severe efforts across specific Oregon DOJ sections* - which have continually sought to censor the Plaintiff Reporting entirely. These actions have directly coincided with dates of Case Rulings for months on end, and increasingly documented physical occurrences of Acts of Intimidation from *local and State Law Enforcement*, since connected to overt FISA abuses, which is detailed in a May 2021, 20 pg. FBI Complaint - *currently actively being reviewed at FBI HQ and within (2) Naval Criminal Divisions, due to sensitive information within.* A Tort Claim Submitted to the Oregon Risk Management Division on June 13th, 2021 - gives an overview of specific criminally negligent actions of the several high-ranking Oregon Department of Justice individuals, wherein their overtly unethical communication omissions or physical lack of action in protecting the Plaintiff's Rights, has resulted in extensive permanent damages to Plaintiff.

10. The State of Oregon Governor, Kate Brown, specifically has acted in her official capacity to knowingly and intentionally harm the Plaintiff for political means thru encouraging criminal negligence resulting in reporting censorship, which has financially benefited several of State Departments she directly leads, *involving the following Divisions:*

      a.   *Architects Examiners, Oregon State Board of*

  b. *Oregon State Bar*

  c. *Elections Division*

  d. *Employment Department*

  e. *Employment Relations Board*

  f. *Government Ethics Commission*

  g. *Oregon Health Authority*

  h. *Oregon State Legislature*

  i. *Oregon Psychiatric Security Review Board*

  j. *Public Safety Standards and Training, Department of*

11. The State of Oregon represents the Oregon Health Authority, who manages the Oregon State Hospital in Salem.  The Oregon Authority employs Dolly Matteucci as the Superintendent of the Oregon State Hospital, who is further directed by the Oregon Psychiatric Security Review Board. This State facility has been extensively documented by the Asian Plaintiff to have falsified Patient Records, *refusing to correct them*; continually engaging in emotional gaslighting to the minority patient via willful medical or staff abuse, in order to create false content for psychiatric evaluations – *wherein no diagnosis was ever given of the patient for a disorder,* that doesn't exist to begin with.  The Minority Plaintiff was medically separated from all Asians, including Asian Staff and denied access to safe Staff, even after reporting Witnessed continual Abuse via State and Facility processes.  Oddly, the Plaintiff was never given "therapy" sessions for *treatment*, until she reported egregious eugenic abuse that forced the Superintendent to be involved with Staff meetings, *just days before the Plaintiff secured her own Release through a volunteer Attorney.*  Upon this release in November 2019, the Plaintiff's finances were ruined, and she was literally dropped off on the street with no community outreach and support.  The Oregon State Hospital has a history of

inefficient practices which have caused repeated patterns of medical abuse whilst continually being under-staffed, and holding persons much longer than legally allowed due to badly broken administration processes - which openly violates Patients Due Process, *specifically the Minority Plaintiff's.*  The Oregon Legislature was in a dire physical staffing and financial crisis regarding admitted persons to the Oregon facility in 2019, which resulted in completely unnecessary severe medical abuse documented by the Plaintiff for over (5) months – *which has caused permanent Reproductive Sterility, as well as unspeakable career and financial devastation.*

12.  Mr. Hummel was Reported for severe Misconduct in submitting false reports, withholding exculpatory evidence and mis-use of personal Plaintiff information within a 2019 Swatting Crime, since Reported in an Oregon State Bar Ethics Complaint in Fall *2019 (which was re-opened a Year later by two OSB Ethics Departments, when NCIS became involved),* wherein the process for doing so was wholly inconsistent; wrought with a lack of communication, transparency and respect.  For Fraudulant Charges involving denial of Bail, brought by DA Hummel that were later dropped after the Plaintiff endured months of eugenics torture - Mr. Hummel *oddly* refused to expunge the Plaintiff's record of the Swatting Crime as further hateful Retaliation.  *Brandi Shroyer* acted individually and in her official capacity as Deputy district Attorney of Deschutes County the Mental Health Court, with Mr. Hummel to create fraudulent reports and withhold evidence, as well as arrange for fraudulent medical evaluations from private Salem medical Contractor, Dr. Lauren Best, in coordination with Deschutes County Behavioral Health Manager, Jill Kaufman - *in order to attempt to detain the minority Plaintiff for up to (2) years, as overt State Retaliation.*  All evidence therein has since been shared with Federal Authorities within active Investigations – *due to the prominence of those involved within the*

*State.* (2) Democratic Oregon Legislators have been Cited to the FBI and (2) Naval Criminal Units, for Criminal Negligence.

13. The Oregon Department of Public Safety Standards and Training is the agency of whom Oregon Police Misconduct is Reported to.  The Plaintiff initially Reported details of (2) Registered Hate Crimes *(June / July of both 2018 & 2019),* led via Oregon Law Enforcement and State Officials – both events being wholly indicative of severe White Nationalism linked to Oregon's history of locational violent Racism - *in direct connection with corruption from local District Attorneys and City leadership.*

    i.    The Oregon DPSST issued a letter on June 5th, 2020 stating that the Police precincts of Astoria and Bend needed to be Investigated.  No such action has ever occurred, *specifically the need to examine the documented racial drivers of Asian hate from White Officers, as per locational importance to Oregon's History.*  Plaintiff's Case details have been documented as openly coinciding with FISA abuse creating Case extortion by State leadership, in order to create several Oregon Legislature initiatives on: *Hate Crimes; 911 Pilot Programs and White Papers about calls within Domestic Violence in Deschutes County; Doxing Regulations, Swatting Regulations, Domestic Terrorism Studies, and an Oregon Bill on Officer Duty to Report Misconduct.*  No investigatory actions have ever been taken by the State for unnecessary use of force; several instances of severe falsification of reports, physical abuse regarding forced lack of nutrition and basic sanitation causing permanent bodily harm, and documented unlawful Retaliation for Reporting Civil & Human Rights – *solely based on Officer Racial Harassment, Officer racial demoralization and Officer criminal negligence.*

ii.    A July 2021 Bend Police Report contains minimally (6) months of countless specific

instances of coordinated and willful Acts of White Nationalist-driven Intimidation,

Harassment and dangerous physical Gang-Stalking from Bend Officers and Sheriff's

Deputies, as over retaliation for continuing to legally demand transparency,

accountability and justice – *all behavior of which explicitly SB577, Intimidation as a Bias*

*Crime.*

   a.    *Police Investigations are often thwarted internally, due to corruption – as well*

*described via several social media posts of Plaintiff Case Witness:* <u>*Daniel J.*</u>

<u>*Touchette -*</u> *Canadian Commander, National Defense Police Officer:*

   b.    [https://www.linkedin.com/posts/danieltouchette_police-officer-assessed-by-fake-psychologist-activity-6816101822172807168-Ggru](https://www.linkedin.com/posts/danieltouchette_police-officer-assessed-by-fake-psychologist-activity-6816101822172807168-Ggru)

   c.    [https://www.linkedin.com/posts/danieltouchette_nov-12-2020-good-cop-stopping-a-bad-cop-activity-6735025521559777280-0JF5](https://www.linkedin.com/posts/danieltouchette_nov-12-2020-good-cop-stopping-a-bad-cop-activity-6735025521559777280-0JF5)

iii.    Bend Police Chief Mike Krantz recently began Investigating just one of the several

named Officers in the jail portion of the Swatting Crime, that engaged in willful White

Nationalism Civil and Human Rights abuse.  <u>Of Bend Officer Spano, he states:</u> *"There is*

*no place in policing for extremism or violent ideology".*

[https://www.opb.org/article/2021/05/05/bend-police-department-officer-joshua-spano-under-investigation-extremist-speech/](https://www.opb.org/article/2021/05/05/bend-police-department-officer-joshua-spano-under-investigation-extremist-speech/)

It is the Plaintiff's hope that all of Chief Krantz Officers that have been engaging in much

worse extremist behavior, *will be held accountable for harming the Plaintiff in*

*unspeakable ways.*

iv.  Per a recent <u>House Judiciary Hearing on June 30th, 2021 regarding</u>: ***Secrecy Orders and***

***Prosecuting Leaks*** - pertaining directly to patterned and explicit Violations of FISA via

the FISC Court from both the Federal Department of Justice (DOJ) and the Federal

Bureau of Investigation (FBI), wherein leading Democrat Chairman Jerry Nadler stated

the following, and <u>of which the Plaintiff fully agrees with</u>:

<u>***"The Departments cannot police themselves."***</u>

## VENUE AND JURISDICTION

14.  The Oregon Department of Justice, Civil Rights Division has violated and encouraged

coordinating state employees to violate the Civil Rights Act of 1964, the Genetic Information

Nondiscrimination (GINA) Act, SB577 Intimidation as a Bias Crime ORS 166.155; ORS

659.805 on Blacklisting and Blackmailing prohibition, and ORS. 659A.865 regarding Retaliatory

actions being prohibited.  Sensitive details given to the FBI in May 2021, prove further

violations of HR 5602 regarding the Domestic Terrorism Prevention Act of 2020 and specifically

18 U.S. Code § 241 for Conspiracy against Rights, as well as 42 U.S.C as Codified,

1983/1985/1986/1988 for Conspiracy to interfere and deprive the Plaintiff of Civil Rights,

leading to Human Rights Violations.  All submitted, noted or further detailed sensitive

Investigatory Case Data cited in the Plaintiff's Amended Complaint - *<u>is currently in Review by</u>*

*<u>several Federal Authorities</u>* and must be given the opportunity to be brought before the Judge in

proceedings pursuant to Fed. R. Civ. P. 12(b)(6) or 12(c), as wells as Reported Defendant Ethics

Violation concerns per <u>5 C.F. R. § 2635.501 - 503</u> *(Subpart E - Impartiality in Performing*

*Official Duties**).***

15.  State of Oregon entities have violated and encouraged coordinating state employees to violate the Civil Rights Act of 1964, the Genetic Information Nondiscrimination (GINA) Act, SB577 Intimidation as a Bias Crime ORS 166.155; ORS 659.805 on Blacklisting and Blackmailing prohibition, and ORS. 659A.865 regarding Retaliatory actions being prohibited. Furthermore, Governor Brown and her Departments have engaged in over (3) explicit instances of Financial Fraud which violate RICO Law *(Racketeer Influenced and Corrupt Organization Act of 1981),* in order to cover up actions for the Oregon Department of Justice regarding reporting specifics of the 2019 Swatting Crime.  For numerous other State Departments wherein the Governor is their Supervisor, such as the State Board of Architects Examiners, employees were clearly instructed not to return communications, or to investigate concerns at all – as also in the case of the Government Ethics Commission.  These documented coordinated racketeering activities have enabled State Leadership with the Oregon Department of Justice, to continue acquiring Federal money for uses based on racial preference, or exclusion.

   i.   The financial benefits to the State of Oregon as a whole for censoring the Asian Indian Plaintiff for over a year internally, violates the Oregon Department of Justice's own responsibility to ensure there are no violations of ORS 180.610 regarding Investigations of Organized Crime, which creates conflicts of interest with respect to unbiased reviews of financial applications via ORS 291.375, resulting in coordinating violations of ORS 180.630 regarding acceptance of Federal grant funds for racial uses, giving Unconstitutional preference to African Americans or Caucasians.

   ii.  The State of Oregon has knowingly acted in coordination to violate specifically 18 U.S. Code § 241 for Conspiracy against Rights, as well as 42 U.S.C as Codified,

1983/1985/1986/1988 for Conspiracy to interfere and deprive the Plaintiff of Civil

Rights, leading to severe Human Rights Violations in Oregon State facilities.

16.  In conjunction with Federal Ethics Reporting regarding the use of the Asian Indian Federal

Contractor's Federal Military work, as a means to further Discriminate and retaliate against her,

State of Oregon entities and the Oregon Department of Justice may have violated protected

actions for the Plaintiff under the Whistleblower Protection Act of 1989 and Whistleblower

Protection Enhancement Act of 2012, as she is a Registered Whistleblower under several Federal

Inspector Generals *(such as IG Michael Horowitz),* and most specifically under the Central

Intelligence Agency as per CIA-OIG *#H20191964* and CIA NOFEARACT Case *#P2019-00581.*

17.  This Court has supplemental jurisdiction over the Oregon law claims ORS 166.155 (SB577);

ORS 659.805 and ORS. 659A.865 because they arise from a common nucleus of operative facts

with the federal claims as to form unlawful controversy under Article III of the United States

Constitution.  For example, the same dominant Caucasian behavior in State Leadership from

cited Defendants ~ *indicative of the same Aryan White Nationalism or Supremacy in (2)*

*coordinating EEOC-based Plaintiff Cases,* is directly responsible for unethically and unlawfully

promoting, funding and protecting Black Supremacy superiority via Unconstitutional race

policies in both The State of Oregon and the Oregon Department of Justice – *which creates*

*Racist hostile work environments in Oregon for Asians.*  This "normalized behavior", aka

"*Structured Racism*" or "*Institutionalized Racism"* has and continues to directly enable the

State's Governor, her Departments and the Oregon Department of Justice to unlawfully create

racial policies; engage in discriminatory racial behavioral patterns, or promote Corporate

Business practices and programs that prefer African Americans.

a) The Oregon DOJ has worked in coordination with Oregon Governor Kate Brown and her Departments to directly cause intentional infliction of emotional distress, and intentional interference with economic relations, by willfully acting to impede brought statutory claims of employment discrimination.

b) The Oregon DOJ has directly contributed to the racial disparities the Plaintiff has Registered and documented in (2) coordinating EEOC 9th Circuit Cases, both of which have documented years of Oregon Systemic Racism towards the Asian Indian Plaintiff by primarily, White, Black and Chinese Nationalists - of whom have acted in violation of Title VII, and caused further unnecessary violations of the Oregon Equality Law.

18.  State of Oregon entities and the Oregon Department of Justice has acted in documented violation of the Plaintiff's 1st, 5th, 6th and 8th, 13th and 15th Amendment to the U.S. Constitutional Rights, wherein the FBI has further Jurisdiction to examine these Registered U.S. Citizen violations.

19.  State of Oregon entities and the Oregon Department of Justice has acted in documented violation of the Oregon Plaintiff's Oregon Constitutional Rights, under - Article I Bill of Rights: Sec. *1, 2, 3, 8, 9, 10, 11, 13, 14, 15, 16, 18, 20, 23,24, 29, 33, 34, 41, 42, 43, 46.*

20.  This Court has jurisdiction over State of Oregon entities and the Oregon Department of Justice for actions resulting in violation of 28 U.S.C. §§ 1331; 28 U.S.C. §§ 1391(e) pertaining to acting Federal Officers and the financial fraud caused via 18 U.S.C. §§ 1345.

21.  Declaratory and injunctive relief are sought and authorized by 28 U.S.C. §§ 2201 and 2202 as well as 42 U.S.C. § 2000d (d-1) (d-7) and 42 U.S.C. § 3789d(c)(3).

22.  Venue is proper in this judicial district under 28 U.S.C. § 1391 and 42 U.S.C. § 2000d (d-1) (d-7), because both the State of Oregon and the Oregon Department of Justice maintains offices in Oregon; both Agencies conduct business in Oregon, wherein a substantial part of the events and omissions giving rise to the claims alleged herein occurred in Oregon, and records relevant to those events and omissions are maintained and administered in the State of Oregon.

23.  Plaintiff has exhausted her administrative remedies and complied with all statutory prerequisites in reporting Federal Civil and Human Rights violations, which are racially driven towards an Asian Indian Plaintiff – of who's Race is not clearly protected via law, due to Chapter (25) USC.  Due to the unique structure of the State of Oregon's Judicial System, the Plaintiff has further sought accountability for Oregon Leadership violations or contributions thereof, through OSHA and the D.C. FBI, directly in the last (30) days – of which is currently in review.


## FACTUAL ALLEGATIONS

24.  ***The Washington D.C., U.S. Department of Justice's Fraud and Anti-Trust Department*** have been given extensive sensitive details as of the end of April 2021 in a nearly 10 pg. Complaint with over (30) Attachments, *regarding of intricate Financial Fraud benefiting the State of Oregon's DOJ, connected to:*

    I.    2020 Fraudulent Oregon DOJ denials of an Oregon Victim Compensation Claim, wherein the State of Oregon as a Government entity, was the leading violator of Human Rights during a NOFEARACT Investigation being began about the Plaintiff's reported Employment Discrimination, which turned into Hiring Blacklisting – now including additional internal investigations by DHS Agencies such as:  *NCIS and the FBI.*

II.    Extensive Medical Fraud created from a Reported "SWATTING" Crime led by State of Oregon Leadership, *in order to silence the Plaintiff about Asian Specific Racism in Oregon Hiring from notable Oregon Companies that are Nationally connected.*

a)  Estimates given to the DC DOJ Fraud Department place the Medically specific Financial Fraud to be approximately minimally: *$120,000 - $150,000.*

b)  The horrifically documented and endured Medical abuse that lasted for over (5) months in 2019 which the Plaintiff lived through whilst in (SAM's) Special Administrative Measures – was timed to prevent the Plaintiff from finalizing pursuit a prominent Sr. NIKE Position in Spring 2019 – which resulted in permanent reproductive Sterilization through willful Racially driven genetic abuse from State Aryan, using inhumane Eugenics "ethnic cleansing" methods; excessive sleep deprivation, willful nutrition abuse, violent forced allergic reactions within and outside the Plaintiff's body; and continued daily physical assaults from certain races, such as Jewish or Caucasian persons. The Plaintiff was also literally specifically prevented from interacting with other Asians and explicitly denied access to physically exercising or participating in the Plaintiff's Right to Religious Freedom through the 1st Amendment ~ *through the practice of Asian Yogic Health Science, which comes directly from the Plaintiff's Asian Indian Race itself.*

c)  ***On May 24th, 2021*** - The Plaintiff confirmed via Medical Provider testing, that the inhumane stress placed on the Plaintiff for over (3) years, beyond the actual documented & endured medical abuse via eugenics torture in a "SWATTING" Crime in 2019 - ***confirms*** that the Plaintiff is now *Reproductively Sterile* at the early age of 38, *with further early risk to bone density loss & endocrine disorders.*

25.  Three Oregon Legal Professionals were Reported for Ethics Violations in Fall 2019 for their direct role in executing the "SWATTING" Crime whilst being paid by the State of Oregon and/or its DOJ - *and of which the Oregon State Bar re-opened the Ethics Complaints in Fall 2020, in connection with the Plaintiff's Reporting to the OSB: PLF.*

   i.   Many entities were able to successfully charge the State or the Oregon DOJ for their *time or services* during the physical entirely of the 2019 **Swatting Crime**, to include adjacent Community Partners, and of course the local Bend Jail.  All the happenings of which has literally desolated the Plaintiff's health, life and formerly solid National Career.  Such *Organized Crime*, where a human can be *fraudulently* forced into *recidivism* and *identity theft*, from a Government fraudulently using the "*inferior*" minority human being in *medical experiments*, to enable State Facilities to *money-launder 1000's of dollars* via medically unnecessary and abusive "*treatment*" is unspeakable literal Nazim, *which in the Plaintiff's case,* <u>involved literal experimental eugenics.</u>  Somewhat similar versions, for different reasons has been documented to have happened many sad times, and <u>*somehow been held legally accountable through Plaintiff perseverance in False Claims Cases such as in:*</u>

   ii.   **An Ohio Treatment Center, who was caught fraudulently Admitting persons:**

       *https://www.justice.gov/opa/pr/ohio-treatment-facilities-and-corporate-parent-agree-pay-1025-million-resolve-false-claims*

   iii.   **An entire Health System in Ohio who was caught within a scandalous & damaging Referral Scheme:**

AMENDED COMPLAINT FOR DAMAGES – *Case #3:20-cv-00859*

*https://www.justice.gov/opa/pr/northern-ohio-health-system-agrees-pay-over-21-million-resolve-false-claims-act-allegations*

iv.    **An entire Health System in NY and New Jersey who were caught within an endangering Therapy Treatment Scheme for services deemed not necessary, skilled or reasonable:**

*https://www.justice.gov/opa/pr/contract-rehabilitation-therapy-providers-agree-pay-84-million-resolve-false-claims-act*

v.    At no time in the Plaintiff's life now 38 years, has she *ever* been known to be physically violent, mentally unstable or in need of *Caucasian Therapy*, because other Caucasians thought she was *"not Indian enough"* and should be *"treated"*….. as told to the Jews who were eugenically tortured – *for being the wrong type of human.* ***The complete publicly known opposite is documented,*** in that the Plaintiff has consistently displayed a lifetime of Professionalism and National Corporate Leadership, fueled by a youth of Athletics; always demonstrating the highest integrity and application of ethics or knowledge ~ *before* the Oregon DOJ and the State of Oregon *willfully, knowingly and intentionally coordinated physically abusing her*, as racial retaliation for Reporting Corporate and State Leadership Racism.

vi.    The Plaintiff was inhumanely & fraudulently deemed "***incompetent***" just as Germans did to Jews during the War – and endured horrifying *documented Ethnic Cleansing Medical "treatment" aka Medical Eugenics-experimental Abuse*, lasting over (5) Months in 2019 - *utilizing No Bail, Solitary Confinement & SAMS*, whilst (3) Reported OSB Members used Fraudulent circumstances to support the Oregon Department of Justice's cruel desire

to detain the Plaintiff for literally 2 years with No Charges – which the Plaintiff endured as explicit Oregon Department of Justice White & Black Nationalist Retaliation" for Reporting to the State, *of Asian Indian Specific Racism in the Oregon Corporate Market, from prominent Employers to the State,* to include extensive Reporting of coordinating Police and Attorney Misconduct via Registered Ethics Complaints.  It is important to note that there have been many recent global public outcries by Orthodox Jews that Zionism is *immoral & "unlawfully wrong"*, beyond very offense to their collective Jewish Faith. Just as not all Jewish persons are the same, not all Asian Indians are the same.  There are extreme Caste segments of Asian Indians, such as those that embody Hindu Nationalism; or those that are of the Sikh faith, who enjoy Caste superiority through Western tokenization in U.S Race Laws via the EEOC or educational programs in School Boards, as well as within the U.S. Military.  Such persons that are Nationalist Hindus and Sikhs, are *ok* with making Lower Caste Indians to suffer; forcing them to live in poverty or without access to basic human needs, due to their Caste or Class.  Thus, these types of persons that suffer from *Clinical Medical Narcissism,* combined with actual bias or racism - *would rather distort reality; lie or harass a Victim into Censorship* – which is beyond cruel & unusual behavior.

vii.    Thus, the Oregon Government Officials ***completely unlawfully fraudulently lying about reasons*** for the Plaintiff calling 911 in a time of real need of protection; during the same weeks of important political advocacy with the Plaintiff leading several National Committees and at the same time-frame the Plaintiff was contacting the Oregon Department of Justice about an Asian Hate Crime, in a coastal Oregon town several

generations of KKK/Klan Members are well known to have infiltrated regarding the Local City Council **-** *is a clear enough instance with patterned racial behavior,* to know that the Asian ethnic Plaintiff was ***Swatted in Bend,*** *to be kept politically quiet….*


26.  Continual State of Oregon and Oregon Department of Justice Financial Fraud has been perpetuated via the State's continual Hiring of "Race" (DEI) Diversity, Equity & Inclusion Training Consultant *(Randy Blazak)* who is literally "money-laundering" by using U.S. Federal Funds to promote racially fraudulent Critical Race Theory, *giving unlawful preference to Black persons in the Oregon Corporate Hiring Community and via all manners of State of Oregon funded Programs* – but of whom himself is incompetently Caucasian, and who further Acts as a Racial Gatekeeper for Oregon Civil or Human Rights thru actively promoting actual Racial Neuro-Discrimination that never addresses the needs or the diversity of Asians in existence, let alone specifically Asian Indians ~ via his Leadership on the Oregon Coalition for Hate:

> *https://oregoncahc.org/report-a-hate-crimeincident/*
>
> *https://www.eeoc.gov/statutes/genetic-information-nondiscrimination-act-2008*


27.  Documented Oregon Grant Fraud executed via State of Oregon administered, and Oregon DOJ secured U.S. Federal Cares Act funds for Oregon Small Business' – led to repeated Unlawful denial of Business Grants applied for, solely caused from credit failure due to a lengthy 2019 Registered Asian Hate Crime - *executed via The State of Oregon and the Oregon Department of Justice in coordination with the Deschutes County District Attorney and State Partners.*  All Grant pursuits in 2020 were administered by Deschutes County COIC (Central

Oregon Intergovernmental Council), wherein the process of awardance was clearly racially biased and politically administered as a means of collective means of demoralization to the Plaintiff from State Leadership.

28.  Unlawful Oregon Claim Denials during 2020, are directly indicative of *obstruction of justice* via the Oregon DOJ of Justice - as a means to further explicitly "punish" the ethnicly hated Plaintiff as direct retaliation for reporting both Civil & Human Rights violations against the Plaintiff, done solely genetically damage the Plaintiff, beyond finances or reputational damage.

a)  In late-December 2020, the Plaintiff was Issued an Unlawful Denial for her valid Oregon Victim Compensation Claim for Reporting (2) violent Asian-specific Hate Crimes - after over (60) days of extremely inconsistent processing procedures from State of Oregon Departments, wherein the Plaintiff got the State Ombudsman involved to be a Witness. Ms. Flood agreed there were odd issues with several departments being used that were not usually used for Victim's Claims, and unlawful limitations on giving Evidence to the Oregon Department of Justice that she'd never experienced pertaining to Racially Exculpatory Evidence.  Both the coordinating State Departments and the Oregon Department of Justice continually and explicitly refused to allow the Plaintiff to submit any Racial evidence; any information pertaining to Oregon's racial history directly connected to Indian-specific Acts of intimidation or violence, as well as any communications to the U.S. Federal Government regarding accountability from the Oregon Department of Justice's willful desire to protect violent Structured Racism, benefiting all other races.

> ▪ *Jennifer Flood, WC Ombudsman for Injured Workers*
>   *Department of Consumer & Business Services*

*Phone: 503.947.7031*
*jennifer.r.flood@oregon.gov*

b) The Plaintiff's Reporting to several prominent Legislators across both political parties, resulting in Senator Tim Scott writing a Bill to address egregious Oregon Department of Justice Crime Victim's Compensation Fraud, which has left the Plaintiff desolate in all ways.

- *S.4879 - 116th Congress (2019-2020): Fairness for Crime Victims Act of 2020 | Congress.gov | Library of Congress*

- *https://www.congress.gov/bill/116th-congress/senate-bill/4879?s=2&r=2*

29. Furthermore, the Plaintiff has endured over a year of Unlawful Employment Assistance denials and withholding of communication about such, directly resulting from the Hiring Blacklisting not enabling the Plaintiff to join Oregon financial system.

I. The 1ˢᵗ instance of State Fraud occurred in Fall 2020, during Plaintiff attempts to Report the Oregon Department of Justice, (2) Oregon Companies associated with EEOC Rights to Sue and (3) Oregon Legal persons who led the 2019 Swatting Crime. Governor Kate Brown fired numerous Staff in State Employment Departments, surrounding the time the Plaintiff was given a "secretive" Employment Payment of $20,000 less taxes, from the Director - for the Months of March 2020 – part of December 2020, regarding Oregon PUA Assistance, just before the Oregon DOJ unlawfully Denied a more Valuable Victim Compensation Claim for the (2) severely violent Registered Asian Hate Crimes that have ruined the Plaintiff's life, health, finances and Career entirely over the course of (2) years

*~ just weeks later in mid-December 2020.  The Plaintiff had never received any*

*Unemployment from the State, prior to this strange "arrangement".*

II.   The Sr. Employment Department Employee that Approved this strange "*censorship*"

Payment in Mid-NOVEMBER 2020, has since been removed:  Lorna Davis:

*Lorna.S.DAVIS@oregon.gov*

III.   The Plaintiff continued to be Blacklisted as per the details of Plaintiff Cases:

   i.   3:20-cv-00793, Hensley vs ZGF Architects

   ii.   3:20-cv-00791, Hensley vs NIKE, INC.

   *iii.   Both are EEOC Cases, with active Rights to Sue.*

IV.   The Plaintiff was Unlawfully Denied *any access* to COVID assistance during all of 2021

by the State of Oregon, as overt financial retaliation for Reporting documented and

proven Oregon Hiring Blacklisting – warranting the need for Oregon Unemployment

Programs of any sort such as:

   -   *PUA, Pandemic Unemployment Assistance*

   -   *SEA, Self Employed Assistance*

   -   *UI Programs for Self-Employed Contractors*

V.   The Plaintiff was told that she was *Approved* and asked for Proof of ID over (3) times

from March to May, *of which she gave via the State Portal.* It was not until June 2021

that this unlawful retaliatory lack of actual benefit application, changed.  Oregon

Governor Kate Brown and *Employment Department Deputy Director, Jeannine Beatrice*

have been repeatedly criminally negligence regarding actually paying Plaintiff benefits,

wherefore Fraud has continued to force homelessness on the Plaintiff.

i.   The Plaintiff discovered a 2nd instance of State Fraud within State Reporting documentation in mid-June 2021, wherein the State of Oregon had been fraudulently claiming to pay benefits to the Plaintiff all year.  Upon a poignant email sent regarding this issue to the State, which was shared with the Honorable Judge Russo in Plaintiff Motions on June 17th and 18th – *the Plaintiff randomly received checks totaling approximately $5,500 the next day.*

ii.   As a 3rd instance of State of Oregon Fraud in the Employment Department, the Plaintiff again discovered the same continual problem happening regarding False Reporting from the State pertaining to actual payment of Benefits.  This was communicated to the State via email and within days, *the Plaintiff again randomly received checks totally approximately $1200.*

iii.   Within both instances of State Fraud found in 2021 connected the fraudulent denial of a Victim's Compensation Claim caused by the State as a whole, have never been responded to via email.  This complete lack of communication about continued financial fraud from the State, continues to demonstrate that Oregon Leadership is unwilling to follow their own laws, U.S. Federal Laws and further, *is unwillingly to admit when they are wrong.*

30.   The Plaintiff's credit and finances have been completely destroyed and mis-construed via the Oregon Leadership illegal order of unlawful Detainment via false imprisonment in 2019 for over (5) months with usage of inhumane (SAM's) Special Administrative Measures – during a NOFEARACT Case beginning for examining the Oregon Hiring Blacklisting, which is direct Whistleblower Retaliation.  These extreme Human Rights violations have permanently damaged

the Plaintiff's body and directly resulted in causing the Plaintiff to unnecessarily endure additional years of Unlawful Oregon Hiring Discrimination and Blacklisting, which has also been unlawfully protected via State of Oregon employee misconduct, for purely political purposes.

    a) The Plaintiff has applied several times in 2021 to receive SBA Funding for her Oregon WBE/MBE Certified Business', which were created in order to attempt surviving years of unnecessary and unlawful Oregon Hiring Discrimination led via ZGF Architects & (AIA) Members, further heavily influenced by NIKE.

    i. The forced financial failure placed upon the Plaintiff for over (2) years of continual Whistleblower Retaliation from the Oregon DOJ, further caused an unlawful Denial for COVID-19 TARGETED EIDL ADVANCE Application #3600153878.

    ii. Beyond forced credit failure caused by (2) Hate Crimes, namely a 2019 Swatting Crime – the Small Business Administration has been documented by the Plaintiff be wrought with *"legalized corruption",* as one reason cited by the SBA for Business Loan Denial was for: *"delinquency for child support"* for a "child" that the Plaintiff has <u>never given birth to.</u>  The SBA has *never* responded to Plaintiff communications about such preposterous and fraudulent reasons for Funding Denials.  "Legalized Corruption" in Federal or State Agencies continues to prove to be, *normal*.

    b) The Credit damage created from the above noted State of Oregon Departments, State Partners and Oregon Department of Justice activities of fraud and domestic terrorism towards the Plaintiff, has repeatedly caused monetary Denials or credit confusion, to the Plaintiff's formerly excellent finances – resulting in direct financial harm to the

(3) Oregon WBE / MBE Business' the Plaintiff pays the State of Oregon to maintain, *but is not be able to fund or prosper from due to continued State actions of retaliation.*

31. **From Summer 2017 – Spring 2018:**   The Plaintiff successfully Designed and coordinating completion of numerous Commercial scopes of Professional Services for a noteworthy 20,000 sq. ft. HQ Commercial Building project in Clackamas, OR for ***Warn Industries,*** *the maker of the Wench for JEEP & CHRYSLER.*

   i. The excellency of this project caused further Political Targeting, which has since led to numerous levels of unlawful State of Oregon and Oregon DOJ Whistleblower retaliation - for Reporting years of unnecessary Asian Indian specific Racism in Oregon Hiring Markets connected to prominent Oregon Corporations, which the State of Oregon does not want exposed publicly.

   ii. The State of Oregon, it's Governor, the Oregon Department of Justice and Oregon Law Enforcement has directly contributed to ruining an established over (15) yr. Global Credentialed Career for the Plaintiff, through racial censorship and false statements against a U.S. Citizen, which directly benefits China *(due to NIKE's interests),* and of which violates 18 U.S.C., Section 241, 18 U.S.C., Chapter 13, 18 U.S.C., Chapter 73 and 18 U.S. Code § 1001.

   iii. ***Oregon Structured Racism*** that the Oregon Leadership promotes in practice, or within their actual procedures & programs, always giving preference to persons:

   - *Jewish*

   - *White or Black*

- *Chinese*

- *Latino/a*

- *Muslim, to include "converted" Black persons / UAE persons*

- *LGBTQ*

- *Sikh Indians / Hindu Indians*

- *Native American*

- *Other Asians such as Japanese, Philippinos, Singaporeans, or Taiwanese*

- *Over all Dalit Indians or Low Caste Asian Indians*

32. **The Washington D.C., U.S. Department of Justice's Civil Rights Department** has been given extensive details as of the end of April 2021 in <u>13 pg. Complaint with nearly (2) dozen Attachments,</u> regarding of sensitive Civil and Human Rights violations, caused from racial patterns and practices that not only harmed the Plaintiff in (2) specific Hate Crime instances, *but further enabled the State to fraudulently label the Plaintiff "incompetent", thus giving rise to the State of Oregon's ability to now deem the Plaintiff "Disabled" or "mentally ill" in the exact way that Jewish persons were neurologically discriminated against, for being a different race – causing the Nuremburg Trials.* This unlawful categorization has completely ruined a 20 yr. Career, namely the Plaintiff's daily health and wellbeing.

I. The "SWATTING" Crime endured by the Plaintiff was evident of excessive use of force by the arresting Officers employed to silence the Plaintiff's reporting of racial discrimination through false arrest in July 2019, in order to further stop the Plaintiff's reporting attempts of a June 2018 Asian Hate Crime, wherein enduring documented excessive force, has since been connected to documented Law Enforcement Gang-

Stalking and FISA abuse –demonstrating violations 18 U.S.C., Section 241 and 18 U.S. Code § 1039, all of which has deeply psychologically traumatized the Plaintiff for over (2) years straight.

II.   Both Registered Hate Crimes in June 2018 and July 2018, are extremely indicative of all manners of Aryan *"Ethnic Cleansing"* and of which openly violate:

a)   18 U.S. Code § 2340 regarding acts committed by employees of the State of Oregon and the Oregon Department of Justice, directing other Government employees to engage in acts indicative of "torture", those being such specifically intended to inflict severe physical & mental pain and suffering upon the Plaintiff within during unlawful and unnecessary detainment in (SAM)'s in 2019.

b)   18 U.S. Code § 2441(1)(a,b,c,e,f,i) regarding acts committed by employees of the State of Oregon and the Oregon Department of Justice, directing other Government employees to engage in acts indicative of "war crimes", those being such specifically intended to inflict severe physical & mental pain and suffering to include torture, cruel & inhumane treatment, performing biological experiments, mutilation & maiming, intentionally causing serious bodily injury and the act of detaining the Plaintiff unlawfully, being literal hostage taking.

c)   18 U.S. Code § 2331, regarding acts committed by employees of the State of Oregon and the Oregon Department of Justice, directing other Government employees to engage in acts indicative of "domestic terrorism", meaning activities that involve act dangerous to human life that are a violation of the criminal laws of the United States or of any State.

d)  International Covenant on Civil and Political Rights; Adopted and opened for

signature, ratification and accession by General Assembly resolution 2200A (XXI) of

16 December 1966, entry into force 23 March 1976, in accordance with Article 49 –

pertaining to violation of the Plaintiff's Rights for:

  i. Part I, Article 1 and Article 2

  ii. Part 2, Article 2, Article 3(a)(b)(c)

  iii. Part 2, Article 3

  iv. Part 2, Article 7, Article (8) Section (2)

  v. Part 2, Article 9, Sections (1, 2, 3, 4, 5)

  vi. Part 2, Article 10, Section 1

  vii. Part 2, Article 14, Sections (2) (3a,b,c, d, e, g) (5) (6)

  viii. Part 2, Article 16

  ix. Part 2, Article 17

  x. Part 2, Article 18, Section (1, 2, 3)

  xi. Part 2, Article 19, Section (1, 2) (3a)

  xii. Part 2, Article 20, Section (2)

  xiii. Part 2, Article 25 (a)

  xiv. Part 2, Article 26

  xv. Part 2, Article 27

e)  The State of Oregon and the Oregon Department of Justice has openly violated the:

The Universal Declaration of Human Rights as proclaimed by the United Nation

Assembly on December 10th, 1948 pertaining to:

AMENDED COMPLAINT FOR DAMAGES – *Case* #3:20-cv-00859

    i.   Article (1), (2), (3), (4), (5), (6), (9), (10), (12), (15), (17), (18), (19)

    ii.   (23) Section 1, 2, 3

    iii.   Article 27, Section 1, 2

f)   State of Oregon entities and the Oregon Department of Justice has openly violated the: ***Convention on the Prevention and Punishment of the Crime of Genocide***, as Approved and proposed for signature and ratification or accession by General Assembly resolution 260 A (III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII, as regarding to Article II, and Article III, further ensured as Human Rights to the Plaintiff via Article IV through Article IX.

g)   Governor Brown, cited State Defendants and listed Oregon Department of Justice Employees can most certainly be held accountable for willfully and knowingly violating SB577 Intimidation as a Bias Crime ORS 166.155 using political means and via State Partners, and *specifically for*: 18 U.S. Code § 241 for Conspiracy against Rights, as well as 42 U.S.C as Codified, 1983/1985/1986/1988 for Conspiracy to interfere and deprive the Plaintiff of Civil Rights, ***leading to horrible Human Rights Violations that has left the Minority Plaintiff sterile and desolate,*** just as Jews were during the Holocaust, if not killed from their *"educational treatment".*


33.  Both the State of Oregon and the Oregon Department of Justice have been Documented to have acted over the course of 2019 – 2020 and into the Present, to control and influence the Hiring in the Oregon Corporate Market, via the unlawful promotion of critical race theory, which is directly indicative of promoting false superiority and giving preference for specific races, such

as African Americans.  The above international statutes violations, specifically speak to Oregon

Government Leadership's continual efforts and desire to protect their unlawful practices of

marketing, promoting, funding and protecting the rights of solely Black persons, over that of

Asian Indians in Oregon – due to intentional discriminatory treatment based on the Plaintiff's

race & color, national origin and racial heritage as a low-caste Indian, further pertaining to the

Plaintiff's religious, ethical & moral beliefs.

a)  Furthermore, there is actual Indentured Slavery in the Plaintiff's Guyanese Indian
    family in the last 60 years, thus NIKE Marketing that reinforces Racial narratives
    overlooking real slavery history, such as that falsely listed in the 1619 Project
    supported by BLM – are further explicitly racist to Asians of specific types.

b)  The Plaintiff's Indian grandmother picked rice in the 1960's to free her family from
    Indentured Slavery going back generations, wherein Indian "coolies" were taken from
    India for slavery in the Caribbean (in order for Black persons to be freed in America),
    thus making the Plaintiff's family Slave Date: May 5th – which has been documented
    to be a covert masonic driver in why the Plaintiff was "SWATTED".

c)  There is no scientific or ancient data to support that the Black race is superior to that
    of Asian Indians in regards to inherent intelligence, emotional intelligence and
    leadership abilities.

    i.  Oregon society is built on Asian Orientalism and Appropriation, which
        seeks to exploit & control the over (3) dozen globally existing differing
        Asians by reducing the entire population to a mere (3) + DOJ-recognized
        Categories, *as per how Caucasians desire to protect their White Privilege*

> *- in relation to their Unconstitutional exclusive promotion of all things for*
>
> *African Americans.*

d)  State of Oregon entities and the Oregon Department of Justice have both continued to

double down on their efforts to promote racist Black superiority within Oregon

academics, community programs, grant programs, and per State Marketing for well

over a year, since the Plaintiff has been Reporting the extents of Structured Racism in

the Oregon Corporate Hiring community, to Federal Authorities and prominent

Legislators.

e)  The Plaintiff's set of Asian Indian Cases have been fueling several Rulings on Asian

Cases at Harvard due to documented FISA Abuse, regarding Asian Student

Discrimination in Admissions.  The "*scapegoating*" that is normalized of Asians of

all types, begins at an Academic Level.  Such behavior is "ok" for the majority of

Caucasians and African Americans in society who deem Asians an "inconvenient

Minority" ~ *who never once think of the harm that they themselves are perpetuating,*

*such as in New York's education system:*

*https://www.foxnews.com/opinion/eli-steele-de-blasios-shameful-racial-profiling-of-asian-students*

f)  Asians of all types, continue to be *punished* by the education system, the Corporate

Market within Hiring, and in State Governments all over the United States - *for being*

*intelligent and hard working.*  The State of Oregon and the Oregon Department of

Justice have knowingly and intentionally worked in coordination with each other to

Fraudulently deem the Asian Minority Plaintiff "*incompetent*" in a 2019 Swatting

<u>Crime</u>, in order to silence her Ethnic Reporting of Asian-specific Racism.  This highly documented Racial behavior is very Structured within Oregon society, as well as the Pacific North West - in different ways than other areas of the country.  *"This denigration of merit...lead it not only to repudiate the foundational premise of America but also that has a disproportionate impact on one racial minority group in the United States more than any other:  Asian Amercians"* – as per the following very well written Article on the details of Asian Racial Hate:

*https://www.foxnews.com/media/asian-americans-critical-race-theory-inconvenient-minority-kenny-xu*

g)    Clearly, with all that the Plaintiff has documented - as an unprotected *"Class of Citizen Minority"* in Oregon, **it is an indication that Oregon society needs to do better.**  In all Plaintiff Reporting, the continued driving factor for all unnamed and named Defendants in the Plaintiff's Oregon Cases, *has continued to be regionally-specific Asian Indian directed racial hostility, bias and exclusion to the point of mob-style racial harassment,* which "White-Washes" acts of intimidation, and of which is actually "*normalized*" severe "*accepted*" Asian Indian Racism & open *Cultural Appropriation* of the Plaintiff's <u>*Indian*</u> culture – all of which is **<u>*never*</u>** societally discussed as damagingly unacceptable in Oregon Corporate, Government or Educational circles.  This is <u>*Structured Racism,*</u> which is in turn has proven to be a solid foundation for organized Crime within the State of Oregon's entire Government - *using Race as a legal separator*, <u>just as the Nazi's did.</u>

**ARGUMENT**

34.  The Plaintiff would like to remind Oregon Leadership that the Nuremburg Trials occurred because all manners of German Society from *Police to Lawyers to Judges, to Teachers to Doctors, to Military Generals to Store Owners, all Politically agreed that one Race was inferior at the time* – whilst the same German Race, quietly extensively studied the Asian Indian Caste Society in order to assist American Officials with writing Racial Studies - *which were used to create current U.S. Racial Laws and their own systems of racial segregation.*  One important damaging resulting example of Nazi Racial Appropriation, is the current American society's confusing terminology application and understanding of what an <u>*Indian*</u> is, which comes directly from Chapter (25) USC incorrectly naming Native Americans as "*Indians*" after WWII.  The covert desire of the Nazis to appropriate and erase *"real Indians",* was further reinforced by the Nazi use of Indian Vedic Symbols in negative ways to demoralize Asian Indians in global society (the *Swastika*), which has created lasting invisible stigmas for Indians everywhere for over the last 100 years.  Indian Vedic scriptures were also willfully mis-used by the White Nationalist Aryan Nazi Party <u>out of hatred & spite,</u> *due to wide knowledge of the Ancient intelligence of Asian Indians spanning Centuries and pertaining to their observed genetic intelligence* - which the Nazi's felt were 2nd only to Jewish persons, *regarding genetics for intellectual capacities.*  This is the literal meaning of Neuro-Discrimination, which Violates the GINA Act – and of which need not be applied solely to Hiring.  <u>*Genetic Hate causes violence.*</u>

35.  This same behavior has been displayed from all State entities or Oregon Department of Justice Officials in the Plaintiff's Reporting, as the root of the same **Physical Hatred and Spiritual Jealousy** that caused *Human Rights Abuses in WW I & WWII.*  It is important for Defendants to understand that the same covert Nazi hatred of Asian Indians, was also shared by

the influential Winston Churchill – *and has further reflected in documented Plaintiff experiences in Oregon since Fall 2015.* During the period surrounding WWI & WWII timeframe, a prominent Indian Caste Scholar *Dr. Ambedkar* was politically silenced just before both Wars occurred, as it was deemed by global Caucasian Leaders that allowing change to the Indian Society regarding *Caste & Class*, after the purely political British invasion, <u>*was too dangerous to the power structure of Caucasians across the world's Governments.*</u> It is this same Aryan Caucasian dominance via *Structured Racism* that exists today in Oregon, and of which *seemingly* caused numerous violent and physically destructive Race Riots *(mainly in Portland),* and of which *apparently* was the root cause behind the Portland Police Riot Squad recently quitting in its entirety. Just like Hitler recruited persons to direct State Media Propaganda, Disinformation and wrongful Arrests based on Race using politically-charged and militarized Police ~ the same behavior that caused arrests of Jews, has happened to the Low Caste Asian Indian Plaintiff by the Oregon Government. Within all Plaintiff Ethics Reporting, those receiving information have continued to **fraudulently deny Racial reality** by wrongfully stating that Racism in Oregon, is <u>*"in the past"*</u> – and therefore **<u>refuses to talk about Asian specific Racism in Oregon.</u>** It is the sad conclusion of the Asian Indian Victim and Plaintiff - that Governor Brown, her State Departments and Oregon Department of Justice, along with Oregon Law Enforcement:

- *have no understanding of Asians, of differing types*
- **have no <u>understanding or care to understand, or Respect Asian Indians</u>, of differing types**
- *have no specific legal protections or programs for Asian Indians, or* <u>*"real" "Indians"*</u>

- *have continually acted in documented abusive and retaliatory manners, when the Asian Indian Plaintiff has attempted to Report Race-Specific Acts of Intimidation, Violence, Targeting, Censorship or State False Reporting,* which always results in further degradation of the Plaintiff's Oregon & U.S Citizen Asian Rights, by further erasure of any Civil Rights or Civil Liberties at all - *via stronger political retaliatory State preference for primarily African American Oregonians.*

36.  Such ***racially divisive, unethical and exclusionary*** *theoretical thinking* has continued to be publicly encouraged by the Oregon Department of Justice promoting *Critical Race Theory frameworks*, **that never discusses awareness of Racism towards any type of Asian**, with regards to shared racial agendas by Governor Brown, and her Departments.

Recent examples of how Unconstitutional it is for States to utilize racially oppressive, racially selective and historically fraudulent represented racial programs, *that act to unethically upend legal protections supposedly given to all Americans* via the U.S. Constitution, USC and EEOC Regulations – can be seen in several *America First Legal* Cases such as:

- a Case in the U.S District Court for the State of Texas, for the Northern District of Texas, which obtained an injunction in June 2021, from the Department of Agriculture from racially discriminatory criteria when administering the loan-forgiveness program, ***wherein in the same could be said of the Oregon DOJ Victim Compensation Program.***

  *https://www.aflegal.org/news/major-legal-victory-court-grants-preliminary-injunction-and-class-certification-in-usdas-racially-based-debt-relief-program*

- a June 24th, 2021 FOIA Request for *one of the Plaintiff's Clients:  NASA* – wherein this specific Agency is known historically known for their overt intellectual appropriation of Ancient Aeronautical Engineering Data from Asian Indians, and is currently unethically embodying Critical Race Theory, in order to falsely promote the tiered Government Marketing of certain Races, in order of minimally:

  o  *Black persons*

  o  *Chinese person*

  o  *White persons*

  *https://www.aflegal.org/news/afl-demands-records-about-the-biden-administrations-initiative-on-racial-equity-at-nasa*

 All State and Federal Departments must implement racial programs that support "*appropriate*" compliance of Affirmative Action Statutes, or EEOC based Government Regulations in their Government Departments, no matter the State – *however*, the State of Oregon has been one of the sole States in America to openly allow racial preference to Black persons, ***with no rational, scientific or lawful reason.***

37.  Oregon Department of Justice is essentially the Legal protection for:

- *itself*

- *the State of Oregon & all its Departments*

- *the Governor of Oregon*

- *State of Oregon Law Enforcement*

- *the Oregon Federal Bureau of Investigation*

This explicit conflict of interest, directly motivates and enables the Oregon Department of Justice to act in coordinated ways with State of Oregon Departments, whilst thinking that they can avoid responsibility, accountability and transparency *entirely*.  As the saying goes:  ***Absolute power corrupts Absolutely.***  One only needs to briefly study Machiavelli to understand how criminals can become leaders, and never be challenged - for oft any manner of violence.  Victims of Reported Misconduct, Fraud, Waste and Abuse from High-level Officials often endure further *manipulation*.  *Manipulation* is when the Oppressor blames the Oppressed for their reaction to the Controller's *disrespect*.

In agreeing with some aspects of www.whitesforracialequity.org, the Plaintiff agrees that Oregon Caucasians in power over all BIPOC Races generally:

- ***choose not to believe the experiences of BIPOC***
- ***choose to only believe Black people about Racism, because it's easier to understand & extort or manipulate politically***
- use the term BIPOC, fraudulently to cover up specific types of Racism towards certain Races, whilst always leaving Asians out entirely of Racial conversations or reforms
- call Native Americans, "*Indians*" & may even believe they are "*Indian*", as Caucasians
- ***Deny White Privilege and White Fragility***
- ***Deny White Supremacy***
- ***Deny Racism***
- ***Blame the Victim***

- *Display Colorblindness*

- *Claim Reverse Racism*

- Use Racial Slurs or openly tell Racial jokes

- *Engage in covert Racial Profiling, Cultural Appropriation or Exploitation & Demoralization*

- *Believe they are "Post Racism"*

- Proclaim they are a Self-Appointed White Ally

- *Discuss Racism for only (1) Race, such as those supporting the BLM Movement*

- *Engage in Acts of Intimidation or censorship as "political punishment"*

- Covertly fear people of Color

- Exhibit assuming that Good Intentions are enough

- Participate in *"White Savior Complex"*

- Narcissistically state *"it's a joke",* when racially slandering another Human

**And both Asian, Black and White persons** *(including Jewish and European persons)* **at their worst can cause:**

- *Hate Crimes, based on the Victim's skin color or ethnic features; Race, National Origin or Heritage*

- *Physical Acts of Intimidation, Harassment or Stalking from White Nationalists, Neo-Nazi's or Masonic Members that adhere to Aryan Ideologies / Nationalist Beliefs*

- *Digital Acts of Intimidation or Harassment*

- *Physical Violence to include mental or medical, stemming from Hatred of the Victim's skin color or ethnic features; Race, National Origin or Heritage*

38.  The Plaintiff notes that the heavy increase of Asian Hate Crimes and the lack of Data

thereof, has continued to be Reported by News Media and Agencies themselves, *as not sufficient*

*of the actual occurrences of Hate Crimes towards Asians in America.*   There are also not enough

Reporting details to further clarify that a good portion of Hate Crimes to Asians, occur from

Black individuals who are violent or have a history of violence, and of whom promote

segregatory Black Nationalism or BLM (Black Lives Matters) ideology.  More specifically, the

FBI has continued to willingly and knowingly refused to document Asian Hate Crimes,

*accurately and publicly –* as it effects their internal ability to falsify what types of White

Nationalists they view as dangerous.  Plaintiff Expert Case Witness' from the DOD and the

DHS, agree with this rational.  Hate Crimes to differ types of Asians occur in differ regions in

the U.S., according to the History of the State and the State's Politics, ***such as Oregon's own***

***deep ties to the KKK all over the State for over 100 years.***

   i.    The Plaintiff has consistently experienced that the Oregon Government benefits from

        fraudulently representing *"good statistics"* on Asians as (1) group, or by keeping no

        statistics on Asian Indians specifically for most anything, *let alone Hate Crimes.*

  ii.    ***H.R. 5602*** requires that the FBI keep detailed records of Hate Crimes at all Office

        Locations in connection with Reported Domestic Terrorism, or for geographical areas

        with Racist or Extremist Racial patterns of behavior.

 iii.    The Oregon Department of Justice continues to refuse to discuss their own State's

        prominent Racial History pertaining to the (2) Registered Asian Hate Crimes in hot-spots

        of White Supremacy being dominant, beyond other explicit extortionary use of the

        Plaintiff's life or work in Ethics Reporting, to attempt to justify actual racially political

Case 3:20-cv-00859-JR   Document 75   Filed 07/16/21   Page 42 of 71
- 42 -

violence towards Plaintiff, *that has caused digital identity loss, physical bodily maiming & harm, mental anxiety and complete financial loss.*

## CIVIL LIBERTIES VIOLATIONS

39.  The Plaintiff has directly continued to experience a continued variety of CYBER-Terrorism from State of Oregon entities or Oregon DOJ platforms; since Reported to the appropriate Federal authorities, to the complete exhaustion of the Plaintiff - creating further harm on all manners of her life, Business', finances, as well as daily health & well-being – for over a year.

i.   In early October 2020, the Plaintiff received an incorrect demand from the State's COBID System to Renew her WBE/MBE Certifications (2) Months early before the annual date of December 2020, which turned out to be the State CYBER-Terrorizing the Plaintiff, during the same time the Plaintiff was being Politically gate-kept in legal reporting of Asian-specific Discrimination via all Oregon agencies the Plaintiff was reporting racial or Civil & Human Rights Violations to.

ii.  The State of Oregon coordinately attempted to terrorize the Plaintiff via fraudulent attempts to cancel the Plaintiff's State OHP Medical Insurance, which was fixed, but only after extensive time wasted and stress endured.

iii. The Plaintiff has appropriately detailed numerous specific persons within digital communications of Ethics or Complaint Reporting to the Oregon DOJ itself; the DPSST, the OGEC Department, the DC DOJ in several Departments, the SEC and the FBI – since minimally Summer 2020.  As a continued *broken pattern of processing of one's due process*, the Oregon Department of Justice has been documented participate in both lower and higher-level impediment of the Plaintiff's

Reporting such as blocking her number or changing the contacts #, giving wrong mailing addresses', or via never returning any emails or voicemails.  <u>As the saying goes:</u>  *It takes more muscles to frown,* thus <u>so goes the effort to create organized criminal negligence and white-collar government corruption,</u> in order to steal the legal rights of a Credentialed Minority, that the Agency desires to silence, using "legal" channels in order to promote the racial rights of others races - *over the Plaintiff's Racial category.*

iv.   Further to the point of accountability and transparency for documented systemic corruption from the Oregon DOJ and the Oregon FBI, of which has been well Cited with important Exhibits to the Federal Government entities – ***the House Committee on the Judiciary held a prominent Hearing on June 20th, 2021:*** <u>*Oversight of the Federal Bureau of Investigation*</u> - explicitly discussing continued knowingly and intentionally created Violations of FISA procedures via numerous instances of "normalized" internal Misconduct from FBI Agents across the U.S., which has consistently been connected to ***<u>Department of Justice:</u>*** *corruption, false reporting or false prosecutions.*

40.  As further reference to *"normalized corruption",* which consistently lacks accountability for covert discriminatory criminal negligence within the DOJ, Inspector General Michael Horowitz has written extensively of the "*back-door*" coordinated mis-use of FISA Data being taken from American Citizens, and used within Department of Justice Cases Unlawfully.  IG Horowitz has personally been included on many important digital communications regarding Oregon DOJ and Oregon FBI actions to censor or silence the Asian Indian Plaintiff for over a year. *Inspector*

*General Horowitz's* **2019** ***Review of Four FISA Applications***, directly demonstrates some the means of how violations can occur that would enable Oregon DOJ Officials to unlawfully monitor private Citizens who are Federal Whistleblowers, and of whom may have Credentials or Experience that the Department of Justice seeks to discredit unlawfully, *in order to "stop" the Whistleblowing.*

   i.   DOJ Officials have many means of unofficially accessing Plaintiff Data with Local Law Enforcement, via third party companies *(such as Palantir)* or simply minimal internal form requests that do not require FISC Court involvement.

  ii.   The Oregon Department of Justice continues to function inconsistently within numerous internal State DOJ Processes which continue to prove to be Racially biased, whilst Oregon DOJ Officials with Oregon Senators Ron Wyden and Jeff Merkley, continuing obtaining U.S. Federal monies to fund exclusionary Racial programs that are always directed at African Americans.  This corrupted Racial Political Network enables the Oregon DOJ to "*justify*" the explicit "*legal*" protection of primarily this Racial demographic, for "*representing*" Civil & Human Rights in Oregon.  Human Rights, Civil Rights and Civil Liberties apply to all people of Color, and do not function as a philosophical theory to be abused by certain dominating Races.

 iii.   The Racial Reporting given to several Oregon DOJ and State Departments has consistently served to prove that it embarrasses Oregon Leadership personal to tell the *current truth* and the *Historical truth* of Racism in Oregon, in the same way that the Wikileaks exposure of War Crimes did to the retaliatory Obama administration –

*especially since Criminal Negligence based on Racial Hate, has caused documented*

*physical harm.*

iv.   Further to the documented occurrences of Case extortion, beyond actual Defendant

actions listed in the Plaintiff's Complaint or Tort Claim Documents, the Plaintiff has been

documenting FISA Abuse related to Cyber-Terrorism and Hacking that links to Reported

Law Enforcement Stalking Cited in a *July 2021 Bend Police Report.*  This continues to

prove that those Cited to the NSA *(National Security Agency)* and CISA *(Cybersecurity*

*and Infrastructure Security Agency)* via emailed communications – have been Unlawfully

Accessing the Plaintiff's Data and devices for *literal Hacking & Spying.*

v.   As a Registered Federal Whistleblower with direct connections to a variety of DOD /

DHS Agencies or Employees, and of whom has been enduring over (6) Months of

unlawful Data Access directly connected to documented retaliatory actions from the State

/ Oregon Department of Justice – the justified 4th Amendment awareness created by

Whistleblower: *Edward Snowden* rings true regarding warning of open DOJ or FBI

Violations of the **Patriot Act**, such as mis-use of **Section 702** for: *Illegal Government*

*Surveillance of American Citizens in all manners of texts, calls, Google Account data, all*

*emails, Apple Icloud and Phone Camera Roll contents, internet searches, social media &*

*networking accounts, Mobile Phone location data and banking or financial transactions.*

vi.   It seems common practice for *a Department of Justice*, to lie or omit evidence – when a

DOJ Employee's reputation could suffer from truth being Reported about Misconduct,

Fraud, Waste or Abuse.  Several prominent key Members of Congress have been Witness

to the Plaintiff's Reporting for the last year straight, thus it is proper for the 9th Circuit

Court to examine how the State financially benefits from the Censorship of the Asian Indian Minority Victim, being that the Oregon Department of Justice has continued to be documented as retaliating against the Plaintiff, *in order to Unconstitutionally Federally fund & promote the desired Oregon DOJ's Racial Agenda.*

vii.   The Plaintiff recently spoke at length with a Sr. Official at the Oregon Department of Justice's *Appellate Division* on any available process' to Report *Oregon DOJ Employee Ethics Violations*, wherein the Employee Verified that the Oregon Department of Justice **did NOT have a formal form, process or system for Reporting Ethics or Misconduct.**

41.  The Plaintiff has continued to endure severe stress and anxiety caused from the Oregon DOJ retaliating against and attempting to censor, ignore or falsely response to Plaintiff reporting of severe Asian Racial Discrimination in Oregon, which is deeply rooted in White Nationalism which benefits from all manners of Orientalism and Asian cultural appropriation, with the goal of cultural erasure.

a.   The Plaintiff has also consistently observed a structured level of Political Gatekeeping within the Oregon Department of Justice, regarding specific appointment White & Black persons in positions of Authority in every Department that the Plaintiff has contacted regarding Abuse or Fraud Reporting.  Hiring certain Races only, further reflects the Oregon Department of Justice's collective Departmental Leadership's overt lack respect for Asian Indians, by not Hiring them and therefore including their racial presence or Asian perspective into wider DOJ programs.

b. ***Equity*** means nothing without <u>Inclusion</u>.  ***Equality*** cannot exist without <u>Inclusion</u>.

***Diversity*** cannot be claimed as achieved, if there is *not* comprehensive <u>Inclusion</u> of all types of Races in any structure or society.

42.  The Civil Rights Director for the Oregon DOJ is African American and was contacted with Assistant Attorney General Fred Boss, and numerous others in several leading DOJ's Divisions just <u>(1) Week</u> before a *Reported Swatting Crime in 2019 that lasted for Months.*  The Plaintiff's literal recent family History of actual Indentured Slavery clearly offends the false *racial privilege* of Ms. Fay Stetz-Waters as a *Black* woman.  Furthermore, Ms. Stetz-Waters identifies as a person in a same-sex relationship, thus her actions to censor the Plaintiff, also points to further Bias via political hatred of the "*straight*" *Brown* Plaintiff who attended a Women's College in northern Mississippi, *where there is "real" racism towards Black persons* – <u>not as fraudulently Marketed by the Oregon DOJ in Oregon.</u>  It directly benefits both Caucasian and Black Leaders in the Oregon DOJ to silence the Asian Indian Plaintiff and promote *"Black only"* programs, learning materials, media events and funding options – as it enables both demographics to *normalize Racism towards differing Asians*, and specifically *normalize actual suppression of Asian Indians using Asian Cultural Appropriation*, ***<u>which is rampant in Oregon Society via countless examples such as minimally:</u>***

- *White women and persons doing Yoga taught by White persons, without Sanskrit*
- *Black Women teaching Yoga and claiming to be superior to the Asian Indian race entirely* – <u>due to literal Spiritual theft and appropriative mis-use of Indian Spiritual Systems</u>

43.  The severe Mental toll it takes on a Whistleblower to tell the truth of any manner of Unlawful Conduct, is demoralizing and destructive in ways that bring permanent damage to one's physical and mental health & well-being – such as noted via one Plaintiff Case Expert Witness:  Jackie Garrick

> i.  https://www.crisisjournal.org/article/17219-whistleblower-retaliation-checklist-a-new-instrument-for-identifying-retaliatory-tactics-and-their-psychosocial-impacts-after-an-employee-discloses-workplace-wrongdoing

44.  During Spring 2019, the Plaintiff began privately to Report Racial Discrimination to the State of Oregon's BOLI Division, as severe Systemic Racism towards Asian Indians, per patterned very Behavior that did not match the way other Asians or Minorities were treated in Oregon, and based on extensive Plaintiff experiences lived globally abroad.  The Plaintiff has found that only in Oregon, has her National Origin and Heritage as a Low Caste Asian Indian been used as a political "weapon" in Hiring at any level, per Caucasian State Categorization of her type of Asian and type of "Indian".  The Plaintiff has since also endured retaliatory political State mis-use of Chapter (25) USC, which mistakenly legally deems Native Americans, "Indians", wherein the Plaintiff discovered in attempting to Report Racial Discrimination to the Oregon BOLI, that she was told that she did not have a "protected class" as an actual "Indian".

45.  It has since been endured, detailed and recognized by several Legislators, specifically Congressman Ro Khanna, Congressman Ken Buck, Representative Ben Cline, Representative Dan Crenshaw and several others across both political parties; that instead of being Hired by NIKE to stop the Plaintiff reporting Employment Discrimination from (AIA) Oregon Members, specifically ZGF Architects - the Plaintiff was "SWATTED" in July 2019 via Oregon

Government Leadership and State Partners – as direct retaliation for Reporting the Oregon Hiring Blacklisting and a Reported violent *Racial Hate Crime* based on the Plaintiff's national origin and heritage as a Low Caste Guyanese Asian Indian; in a town known for direct ties to the famed Sikh Ghadar Supreme Court case, *which would have fully exposed the State of Oregon's Masonic and KKK History.*

46.  In Fall 2020, Governor Kate Brown has been proven to have accessed documented FISA abuse, per the sensitive details of the Plaintiff's Intelligence Cases, regarding the Plaintiff's Clients:  the U.S. Navy Seals, specifically within Marketing for passing *Psilocybin* for PTSD with a Former NAVY SEAL – to politically Gaslight the Plaintiff for the Governor's direct role in why the Plaintiff was "SWATTED" and Eugenically Tortured in SAM's for MONTHS – which has caused deep lifelong Trauma and forced the Plaintiff to be Homeless, living in forced poverty for Reporting Patterns of Asian Indian Discrimination in the Oregon Hiring Market.

*https://www.oregonlive.com/news/2020/09/oregon-could-herald-a-research-driven-psychedelic-renaissance-psilocybin-helped-a-navy-seal-cope-could-aide-many-more-if-voters-say-yes.html*

47.  During 2020, the ***Oregon State Board of Architects*** Examiners via the following State Employees communicated the following:

*Staff Directory*
Executive Assistant, Mari Karnowski, *mari@osbae.com*, 503-763-0662 x 1
Registration Specialist, Cheryl Johnson, *cheryl@osbae.com,* 503-763-0662 x 2
Investigator, Gary Linnebach, *gary@osbae.com,* 503-763-0662 x 3
Fiscal Analyst, Shelly Coffey, *shelly@osbae.com,* 503-763-0662 x 4
Executive Director, Lisa Howard, *lisa@osbae.com*, 503-763-0662 x 5

*https://sos.oregon.gov/blue-book/Pages/state/executive/architect.aspx*

https://public.orlicensing.oregon.gov/ORBAEPortal/BAE/OtherDocuments/OREGON%20STAT
E%20BOARD%20OF%20ARCHITECT%20EXAMINERS.pdf

- **In early 2020,** the Plaintiff spoke with the Oregon *OSBAE Investigator*, wherein he agreed that what the Plaintiff had been experiencing for years amongst Oregon Architects was illegal, but he agreed that due to lack of reciprocity in place, the only option was a Lawsuit.
- **On 5/7 & 5/8 in 2020,** the Plaintiff informed the Oregon Architects Examiner Board Investigator, Gary via phone & email, about obtaining the EEOC Rights to Sue: ZGF Architects, and requested to follow up about the Employment Discrimination, turned Backlisting. The Plaintiff has never received any communication since that attempt at Follow-up with Gary Linneback and is positive, this is due to censorship from Governor Kate Brown, who is OSBAE's Supervisory Authority – *connected to the Oregon DOJ.*
- Regardless of future messages or emails to his Executive Director, Lisa Howard. *lisa@osbae.com*, the Plaintiff has never received a response.
- **On 5/11** – The Plaintiff followed-up with his Admin and noted that he needed to return Communication.
- **As of 2021** and further documented connected events, it's clear that the Plaintiff has been both ***Blacklisted, Censored and retaliated against.***

48.  As further political motive for the Oregon Department of Justice to retaliate against, extort, demoralize and censor the Plaintiff – *the Plaintiff* has directly documented the *Ex-Oregon Attorney General:  John Kroger*, for politically leading the Oregon DOJ and State of Oregon entities in coordinated "*swatting*" efforts to stop the Plaintiff from reporting the high-level Employment Blacklisting, due specifically in part to her Asian Indian race and **NAVFAC Mid-Atlantic** *(The Naval Facilities Engineering Systems Command)* projects for the **U.S. Naval War College and the U.S. Navy Seals.**  Mr. Kroger was put in place of the Plaintiff's ***USWNC Project*** in Rhode Island, as the CHIEF LEARNING OFFICER directly after the Plaintiff was released of her own measure, from months of documented unlawful Torture in (SAM)'s - wherein he accessed the Plaintiff's and the Plaintiff's *USNWC* Client's Intellectual property for over (6) months, as a means of Espionage, protected against by the U.S. Federal Office of Special Investigations, regarding USNWC regulations on all manners of such:

*https://usnwc.libguides.com/c.php?g=661096&p=4679142*

- The **Air Force Office of Special Investigations (AFOSI)** *provides professional investigative service to commanders of all Air Force activities; its primary responsibilities are criminal investigations and counterintelligence services.   The mission of AFOSI is to Identify, exploit and neutralize criminal, terrorist and intelligence threats to the Air Force, Department of Defense and U.S. Government.*

*https://www.linkedin.com/in/john-kroger-49961913a*

*https://www.aspeninstitute.org*

*https://agln.aspeninstitute.org/profile/3816*
**Title and Organization:**
Vice President and Director, Rodel Fellowships, The Aspen Institute

**"Bio:**
*John Kroger currently serves as an Aspen Institute Vice President and Director of the Rodel Fellowships in Public Leadership. Prior to joining the Aspen Institute, he served as the inaugural Chief Learning Officer of the United States Navy and Marine Corps, providing oversight for all education institutions and programs for more than 900,000 civilian and military personnel, with a budget of more than $1.7 billion. John was also a 2010 Aspen-Rodel Fellow who served as Oregon's Attorney General from 2009-2012. Kroger enlisted in the Marine Corps at age 17, seeing deployment on both a submarine and an assault carrier. He went on to earn his bachelor's and master's degrees in philosophy at Yale University and his law degree from Harvard University. His early professional experiences included serving as a legislative assistant in Congress, a deputy policy director for a presidential campaign, and a senior policy analyst for the U.S. Treasury Department. As an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, John worked on cases involving drug trafficking, organized crime, and responses to the 9/11 terrorist attacks. Then, after his four-year term as Attorney General of Oregon, he became President of Reed College, where he served with distinction for six years."*

48.  In late May 2021 the *Investigator* for the **Naval Special Warfare Command for the Office of Inspector General** in San Diego, contacted the Plaintiff about moving an Investigation forward – of which the Plaintiff has moved forward with.

49.  The FBI is regulated to protect U.S. Citizens against occurrences of Hate Crimes, especially those connected to Acts or areas, with a history of *domestic terrorism or Militias; Nationalist, Extremist or Aryan ideologies* that encourage committing a *"criminal act against a person or*

*property motivated in whole or in part by an offender's bias against a race, religion, disability,*
*sexual orientation, ethnicity, gender, or gender identity."*

a) NIKE's political assistance in baiting the Plaintiff to believe that she would be Hired in such a prominent Sr. role, enabled the State of Oregon and it's DOJ - to execute a sophisticated Masonic "SWATTING" Crime in July 2019, via several specific key listed Oregon Officials in Complaints to Federal Agencies.

b) The "SWATTING" Crime itself, was the result of State of Oregon's DOJ Leadership and NIKE's desire to shield (AIA) American Institute for Architecture Oregon Chapter Members (such as the prominent ZGF Architects colleague of NIKE & the Plaintiff), from being exposed for the extensive documented racial patterns, experiences, and methods - creating willfully directed emotional distress that the Plaintiff has since come to know as: Blacklisting, well beyond basic Racial Discrimination types, or Bias of any measure.

c) The Plaintiff had also Registered a Tort Claim against the City of Astoria in December 2019, in what has since been fully explained to the FBI in a May 2021 Complaint as an Asian Hate Crime, especially given the deep history of Asian Indian persecution in Astoria, Masonic KKK Activity in the City's Leadership and the Chinese pursuit of dominance along the coast, which influences currently influences strong Aryan White Nationalism in Oregon in modern times – explicitly due to NIKE's financial connection to the University of  Oregon, with ZGF Architects political backing.

d) The "SWATTING" Crime successfully prevented the Plaintiff from formalizing this Complaint, through over (5) months of Eugenics Violence to the Plaintiff through illegal

detention in (SAM)'s Special Administrative Measures – during the beginning of an

Intelligence NOFEARACT Case, regarding Investigation of the culturally based

Employment Blacklisting endured by the Plaintiff.

50.  State of Oregon and Oregon DOJ Marketing constantly echoes White and Black Supremacy

superiority, followed by Chinese only representation of Asians, and further preference given to

Latino/as or Muslims.  This Caucasian tactic of indirect Racism through racial categorization,

directly reinforces actual Structured Racism in Oregon Corporate Hiring, which openly erases

Asian Indians in Societal representation, and of which enables "normalization" of cultural bias,

discrimination and revolting appropriation of "Indian" culture – made worse through belittling

NIKE Global Marketing of gear to do with Yogic spiritual practices that are indeed, Asian

Indian; but of which is modeled majorly via Black or Chinese persons.

51.  The very few Asian Indians Employees in any Oregon Position State-wide, are primarily

Sikh or Hindu, and generally male.  Asians Indians in Oregon are constantly societally

appropriated, belittled, demonized, exoticized or mis-construed with Native Americans via

terminology in numerous ways – thus leading to Asian Indians who are female, and / or a lower

Caste, not being considered for being Hired in the Portland Market, wherein such cultural

demoralization and segregation is willfully covered up in "Racial Social Justice" discussions or

via Oregon DOJ Government Policy – jointly directly influenced by ZGF Architects and NIKE

White Nationalist Caucasian Leadership.

   a)  The Plaintiff's very documented FISA abuse has been proven to have fueled the creation

        of several extortionary Hate Crimes studies and regulations on Domestic Terrorism in

Oregon during 2019; Federal Executive Orders in 2020 and numerous 2021 House

Judiciary Hearings, directly related to the recent Federal Asian Hate Crimes Bill: S.937.

b) In the process of being "SWATTED" in phases via actions of the Oregon DOJ, *Oregon*

*Resolution: 2019 – 14 Domestic Terror* was proposed, clearly being a "blueprint" for

White Nationalism within the Oregon Leadership.

      i.   *Oregon Bill SB 577*, passed the day that the Plaintiff was "SWATTED"

          in July 2019.

      ii.   *Oregon Bill, OR-SJR24* failed to pass one week prior to the Plaintiff

          being "SWATTED" in July 2019, since documented to the FBI a

          masonic driver in Human Rights violations endured by the Plaintiff for

          over (105) days after.

              •  *The Plaintiff has Guyanese Indentured Slavery in her direct*

                 *family in the last 60 years, and a Family Slate Date of: May 5th.*

      iii.  *See the below Study:*  regarding the U.S. FOIA System and further the

          lack of information regarding Oregon's broken system on Public

          Records, at the same time the Plaintiff was exposing FOIA Abuse from

          Federal Agencies and having just Registered as a Federal Whistleblower

          upon release from months of inhumane Human Rights Violations, via

          further communications to NARA – at the same time that the State of

          Oregon's Public Records Director, Ginger McCall was ousted, for trying

          to expose Corruption in September 2019.

https://www.nfoic.org/wp-content/uploads/2020-
02/Blueprint%20to%20Transparency_%20Enforcing%20Open%20Records%20Laws-4.pdf

> iv.    Within 24 hrs. of contacting the Washington State SABA in February
> 2020 and speaking with Democratic Staffer Samir Junjo, it was
> recognized that the Plaintiff has been "SWATTED" and thus the
> following Bill was immediately proposed and passed.

*https://housedemocrats.wa.gov/blog/2020/03/11/legislative-news-legislature-approves-anti-*
*swatting-measure/*

52.  Oregon DOJ violations are further detailed in a 20 pg. Complaint to FBI Headquarters
submitted in May 2021, and containing over two-hundred attachments with sensitive details of
(2) specific instances of lengthy Asian specific Racial Hate Crimes endured by the Plaintiff,
entirely indicative of Ideologies known within SRA Masonic beliefs or Aryan manners of
Colonialistic Ethnic Cleansing, further connected to very sensitive Military & Intelligence
events, politics and important media events – *of which is being currently reviewed by FBI HQ*
*Staff in Washington, DC for its documented severity pertaining to the connected details of the*
*Plaintiff's 9th Circuit Cases the Plaintiff has brought forth.*

   a)  NIKE is well known and has been documented to engage in severe Orientalism, as well
       as promote or follow: Nationalist and Masonic ideologies.

   b)  ZGF Architects likewise, is very publicly open about their support of local White
       Nationalism through common promotion of events at Masonic Temples and have

demonstrated severe evidence of engaging in a Masonic "scapegoat" ritual through the "SWATTING" Crime.  These sensitive details are listed in a 20 pg. FBI Complaint.

c)   ZGF Architects completed several prominent NIKE Projects in 2015 – 2017, before the Plaintiff sought to be Hired by either one, which makes their dual agenda for Aryan White Nationalist control over Oregon Hiring in their Industries ~ both a goal and a reality, achieved by openly Blacklisting the Asian Indian Plaintiff for (3)+ years.

d)   The State of Oregon has an extensive history of White Supremacy activities within state-wide City leadership; Police Departments, social groups and for known locations all over the State for over 100 years.

53.  The Asian Indian Plaintiff was deemed "***incompetent***" during the "SWATTING" Crime, wherein it has since been documented to the FBI, that further covert Aryan motives to the Oregon DOJ for enabling, leading and executing a _Eugenics-based "ethnic-cleansing" detainment_ during the very time that that the Plaintiff requested a Federal Investigation into patterned Oregon Racial Hate, specifically targeting the Plaintiff's entire Racial History, & time spent in Virginia – has since been directly connected to similarities in the Supreme Court Case: _Bucky vs. Bell._

a)   _The New Yorker ran a (4)-part Series in 1984 Issue, stating the following:_

_https://www.newyorker.com/magazine/annals-of-eugenics_

_"(The New Yorker) – The Virginia Colony was one of many facilities for the disabled that were founded in the Progressive Era, partly to provide care for a vulnerable population and partly to remove it from the gene pool, by sequestering those individuals during their fertile years. (On the other side of the coin, Jill Lepore has written about how modern marriage therapy grew out of one man's effort to promote "fit" unions.) Between 1904 and 1921, the rate of institutionalization for feeblemindedness nearly tripled. Carrie was just one of this crowd, except that she happened to arrive at the Virginia Colony right at the moment when its superintendent, Dr. Albert Priddy, was looking to transform his institution from a genetic quarantine center to a_

*sort of eugenics factory, where the variously unfit could be committed for a short time, sterilized, and then released, like cats, back into the general population, with the happy assurance that they would never reproduce."*
*https://bioethics.georgetown.edu/2016/04/the-forgotten-lessons-of-the-american-eugenics-movement/*

**"Between 1904 and 1921, the rate of institutionalization for feeblemindedness nearly tripled. Carrie was just one of this crowd, except that she happened to arrive at the Virginia Colony right at the moment when its superintendent, Dr. Albert Priddy, was looking to transform his institution from a genetic quarantine center to a sort of eugenics factory, where the variously unfit could be committed for a short time, sterilized, and then released, like cats, back into the general population, with the happy assurance that they would never reproduce."**

*"She had been declared a middle-grade moron—a technical designation, based on I.Q., that placed her relatively high on the intelligence scale, above the "idiot" and "imbecile" classifications and just below normal. Morons were considered particularly dangerous: they were smart enough to pass undetected and possibly breed with their superiors. "*

*"...........And that is how Carrie Buck came to be at the center of the Supreme Court case Buck v. Bell, which, in an 8–1 decision, made forced sterilization for eugenic purposes legal in the United States.*
*"Imbeciles: The Supreme Court, American Eugenics, and the Sterilization of Carrie Buck," by the journalist and lawyer Adam Cohen, gives a detailed account of the many forces that converged to bring about the Buck decision, tracing the intersecting paths of the people involved."*

54. The Plaintiff obtained (2) coordinating EEOC Right to Sue in February 2020, whilst beginning to experience a coordinated series of patterned methods of Corporate Retaliation from both NIKE and ZGF Architects Marketing, via numerous specific publications of major online information distributors, as both have the dominating capability to interfere with social media platforms programming – further adding to erasure and censorship of Asian Indians in the Oregon Market, beyond the documented Racial Hate in Oregon's history pertaining to Asians.

    a) The Plaintiff has continued to document that most of Oregon's Corporate Leadership if Asian at all: is Chinese, Sikh or Hindu – but never low caste Indian.

55. In the continued traumatizing experience of the globally traveled Asian Indian Plaintiff who has been an Oregon Resident since Fall 2015; Oregon and its major cities or rural areas, view Asian Hate as "normal" and "acceptable" in Society, due explicitly to it's majority Caucasian

population, which creates "normal" conditions for one such typical "Oregonian" to be a rampant

Cultural Appropriator of Asian Indian culture through Yoga, Ayurveda, Style, Science and

beyond - whilst never even considering that "stealing culture is not borrowing", or that tiered

Racism is merely a reinvented "Caste System" – or that one should "honor not appropriate"

Asian Indian culture, beginning with Inclusion in the Hiring Community.

I.    Inclusion of Asian Indians is the most important point lacking in all Oregon Hiring, Bias
      Programs and HR Groups – specifically that promoted by the Oregon DOJ.

II.   Inclusion of lower Caste Asian Indian Hires into Oregon's Globally connected Oregon
      Market, would lead to Global changes in all Corporate Hiring approach towards Asian
      Indians.

III.  The Oregon DOJ through its programs funded with U.S tax-payer money - continues to
      promote the false excellency of White Nationalism, via racist exclusion, Neuro-
      Discrimination, Orientalism, Racial Gatekeeping, Cyber-Bullying, and false racial
      selection of Black persons for preferred HR Marketing promotions - over Asian Indians
      in the entire Globally connected Oregon Corporate Market.

56.  Furthermore, the Plaintiff is both a dedicated private Christian and lengthy Traditional

Indian Yogic Practitioner of (2) lineages, wherein the Plaintiff has explicitly seen that these

*protected* means of expression have served to create additional targeting from those cited in

Reporting to the FBI, as a deeper religious means of Discrimination beyond pure Race in all its

categorizations - which is distinctly unique to the Plaintiff's race of Asian Indian.

i.    Those cited embodying Extremist, White Nationalistic or Masonic ideologies within the
      Oregon DOJ itself, specifically rely on the suppression or extortion of the practices of

Asian Indian spiritual systems to bring "wellness" to State Agency Employees through Company Sustainability or Health programs, whilst openly removing the Indian cultural presence from the representation or application of these ancient Asian Indian systems, via white-washing and cultural appropriation.

ii.   The State of Oregon, the Oregon Department of Justice and Oregon Law Enforcement, by example of its own staff lacking cultural diversity, continues to normalize "stealing" all manners of Asian Indian expression, rights, and career opportunities – through their overt selection of Caucasian and Black persons being marketed or Hired internally, wherein both categories explicitly benefit from Asian Indian cultural gatekeeping, erasure, and censorship.

iii.  *Racial inclusion means being physically included; not appropriated, silenced or extorted.*

iv.   *Racial equity means that one race is never given preference over another.*

v.    The collective State of Oregon Government itself, continues to lead the Oregon Corporate community in violating these very basic Hiring principles.

57.  The CCP Communist Party has a strong influence into State of Oregon Leadership, entities and State-sponsored Academics regarding their handling of Asians in the State, and how they allow Chinese Professionals to quietly engage in controversial gain-of function or inhumane experimental Medical Research at several Universities, *which violates FARA Regulations.*  The mere fact that *"ethnic cleansing"* for those deemed *"not Asian enough"* is normalized in NIKE linked CHINA, should sadly surprise no one when the same *eugenic-abuse* happens to an "*inferior*" Asian Indian Athletic Coach & Professional in NIKE dominated Oregon…

I.   The FBI and the entire Intelligence Community increasingly continues to verify and agree that the Chinese CCP is overwhelmingly engaging in numerous manners of coinciding Espionage – which the FBI totally agrees is a big problem for the United States, *and those that do Business with China.*  Further to the CCP's global Propaganda and Disinformation political warfare – the CCP desires complete marketed Asian dominance globally, and encourages racial division towards other Asian Races they hate.

II.   There are few Asian Social Justice Organizations across the U.S. regarding Civil or Human Rights Activism, where they are mainly focused in large Cities like Chicago, DC or New York - and of which continually only promotes the protections of Chinese persons.  *Oregon has absolutely no plethora of Non-Profit Asian Organizations, Asian Indian Lawyers or Social Justice Programs in the State - that aim to protect or advocate for all Asian Indians,* and of which this severe deficiency further enables the very Asian Racial harm that the Plaintiff has detailed for over a year to the Courts.  Further to shared Asian culture, the Guyanese Plaintiff and the Chinese share a ***Slave*** term, called:  *Coolie*.

III.   Victims of crimes do not ask to be "***scapegoated***" by those that deem them *unworthy,* **they are simply violated & silenced for any number of ethnic, overt, occult or political reasons.**

58.  CYBER-Terrorism connected to documented FISA abuse benefiting the Oregon DOJ has completely annihilated any digital privacy & digital psychological safety for the Plaintiff, and of which the stress caused has ruined her physical health – formerly maintained via dedicated athletic practices, now not able to be engaged in due to financial desolation.

a) The reality of living in constant Political belittlement driven by Caucasian & African American Oregon DOJ leadership, after the Plaintiff has endured years of documented and unnecessary Racial Discrimination from her Oregon Colleagues - has further resulting in Human Rights Violations in a "SWATTING" Crime causing the Plaintiff to become permanently Sterile and develop a breast lump, which she does not have the means to treat from becoming deadly.

b) The Plaintiff is the continued daily physical targeted of Oregon Law Enforcement Gang-Stalking, which has created "CCP-based Hostage Diplomacy" conditions for the Plaintiff, deeming her a continued "scapegoat" or Targeted Individual – by those loyal to NIKE "Knight_Nation", Aryan ideologies and Nationalist Beliefs.

c) The severe financial harm caused to the Plaintiff via Oregon Government-wide willful negligence, employee misconduct, and employee retaliation has resulted in forcing the Plaintiff to live on donations, in the poverty of her car since for over (2) years.

59. On information and belief, Defendants have failed to take reasonably necessary steps to (i) not openly violate the Civil Rights Act of 1964, the Genetic Information Nondiscrimination (GINA) Act, SB577 Intimidation as a Bias Crime ORS 166.155; ORS 659.805 on Blacklisting and Blackmailing prohibition, and ORS. 659A.865 regarding Retaliatory actions being prohibited or (ii) protect against the possibility of its agents, officers, and/or employees from abusing the company's electronic capabilities for personal and/or criminal ends to further engage in covert targeting of the Plaintiff for over two years; (iii) resulting in coordinated physical violence against the Plaintiff which specifically violates 18 U.S. Code § 241 for Conspiracy against Rights, as well as 42 U.S.C as Codified, 1983/1985/1986/1988 for Conspiracy to

interfere and deprive the Plaintiff of Civil Rights, leading to Human Rights Violations. (iv). The State of Oregon and the Oregon Department of Justice have acted in coordination with those noted in other 9th Circuit Complaints and an extensive May 2021 FBI Complaint, currently in Review – to violate U.S. Federal Codes and Oregon State Laws; resulting in Financial Racketeering - whilst directly influencing Federal and State Race & Gender Policy making for the U.S. Federal Government, *which demonstrates a deeper motive for retaliating against; censoring and "canceling" the Asian Indian Plaintiff via Oregon DOJ actions.*

60.  All litigants, including Pro-Se, have due process rights including the opportunity to be heard, "granted at a meaningful time and in a meaningful manner", as per Logan v. Zimmerman Brush Co., 455 U.S. 422, 437 (1982) (quoting Armstrong v. Manzo, 380 U.S. 545, 552 (1965)).

61.  As a result of Defendant's actions, the Plaintiff has suffered significant bodily maiming, severe anxiety and acute stress, from a NIKE / (AIA) motivated and State of Oregon DOJ executed "SWATTING" Crime lasting over (5) months in 2019 during an on-going Federal NOFEARACT Investigation into the ZGF Architects-led Blacklisting, connected to the entire (AIA) Oregon Chapter since minimally 2017 - which resulted in reproductive permanent Sterilization through racially driven genetic abuse using inhumane Eugenics "ethnic cleansing" methods by State Employees - directly connected to Oregon Department of Justice personnel and Law Enforcement.

  i.   Just as NIKE's Client, the CCP has been documented to "*treat*" to Uighers who are Indentured Slaves making NIKE gear in China, the Cited Defendants have openly participated in a Swatting Crime, or engaged in documented retaliatory actions to cover this event up.

ii.   Due to these egregious and inhumane actions, the Plaintiff has a violated daily existence from the reality of constant Meta-Data Theft and daily documented FISA abuse connected to documented State of Oregon, Oregon DOJ and Oregon Law Enforcement political extortion, which violates the Plaintiff's 4th Amendment Rights, regarding even minimal reasonable Expectation of Privacy.  The Plaintiff's Google Account, Apple Icloud Account and communications have since connected to sensitively documented International CYBER-Terrorism within the *FBI's: ic3 Department*, resulting in daily fear of the Plaintiff's physical, digital and psychological safety, whilst continually living or traveling in Oregon.  The value of these injuries greatly exceeds $75,000.

## JURISDICTION AND VENUE

62.  This Court has jurisdiction over State of Oregon entities, the Oregon Department of Justice and Oregon Law Enforcement, over the Oregon law claims ORS 166.155 (SB577); ORS 659.805 and ORS. 659A.865 and regarding their collective documented actions under 28 U.S.C. §§ 1331; 28 U.S.C. §§ 1391(e) pertaining to acting Federal Officers and the financial fraud caused via 18 U.S.C. §§ 1345.

63.  This Court has jurisdiction over State of Oregon entities, the Oregon Department of Justice and Oregon Law Enforcement over Oregon law claims for violations of the Plaintiff's:  1st, 5th, 6th and 8th, 13th and 15th Amendment to the U.S. Constitutional Rights; and pertaining to violations of Oregon Constitutional Rights, under - Article I Bill of Rights: Sec. *1, 2, 3, 8, 9, 10, 11, 13, 14, 15, 16, 18, 20, 23,24, 29, 33, 34, 41, 42, 43, 46.*

64.  Venue is proper in the District of Oregon, as the bulk of actionable events occurred herein.

## CLAIMS FOR RELIEF

### *First Claim for Relief – Discrimination and Negligence*

65.  Defendant's negligence has proximately caused Plaintiff damages in amounts to be established at trial, unless otherwise communicated by the Plaintiff within a Motion.

66.  Plaintiff restates each of her foregoing statements of fact and realleges them herein in their respective entireties.

67. At all relevant times, Defendants had a duty of ordinary care to the Plaintiff and to all similarly-situated persons, which required Defendants to take reasonable measures to prevent from its Sr. Leadership and Employees from engaging in explicit racially specific targeting, leading to continued harassment - *which has been documented as physical, digital and political retaliation,* beyond all original documented patterns of Racial Discrimination and Bias to the Asian Indian Plaintiff.

68.  Defendants, on information and belief, failed to take such measures, resulting in its Oregon Employees and Executive Leadership to misusing their authority within their influence to State of Oregon race or gender policy making and the U.S Government, *regarding further influence on the current Administration* - due to Oregon's extensive economic ties to a known Foreign Country that is hostile in all manners of conduct: China.

69. As a direct result of the State of Oregon and the Oregon Department of Justice's discriminatory policies, patterns, or practices, as described above, the Plaintiff has suffered damages including, but not limited to, lost past and future personal income or compensation since 2019, directly causing further monetary failure upon the Plaintiff's Oregon certified

WBE/MBE; which was created specifically due to Plaintiff Credentials & skillset, as a means to attempt surviving the reported Oregon Discriminatory Employment Blacklisting.

70.  State of Oregon entities, the Oregon Department of Justice and Oregon Law Enforcement has violated Title VII because its Senior staff have knowingly and purposefully discriminated against the Plaintiff in her Ethics Reporting of racial hate, further instance-based on her sex, race, national origin, heritage and religious beliefs, as well as out of State Licensure from Virginia - for which there is no Oregon reciprocity system in place.  Both State Agencies have failed to protect the Minority Plaintiff's Civil Rights and Civil Liberties, as demonstrated by numerous detailed Ethics Reports.  The State of Oregon collectively; the Oregon Department of Justice and Oregon Law Enforcement has engaged in an intentional, company-wide, and systematic policy, pattern, or practice of discrimination against the Asian Indian Plaintiff, who resides in Oregon. This behavior has directly influenced the Oregon Corporate Hiring Market and the agreements held with State Universities or Community Partners, regarding racial social justice for preferred Races in Oregon society.

### Second Claim for Relief – Invasion of Privacy

71.  State of Oregon entities, the Oregon Department of Justice and Oregon Law Enforcement has been documented in CYBER-Crimes Reporting to the FBI, wherefore they have abused digital partnerships with Federal or State Agencies regarding FISA abuse and Meta-Data sharing in direct connection to social media companies, further violating aspects of Section 230 of the Communications Decency Act and 18 U.S. Code § 1037.

72.  Defendant's negligence has proximately caused Plaintiff damages in amounts to be established at trial, unless otherwise communicated by the Plaintiff within a Motion.

73.  Plaintiff restates each of her foregoing statements of fact and realleges them herein in their respective entireties.

74.  At all relevant times, Plaintiff had private information that would have remained private, without Defendant's conduct described above as whistleblower retaliation;

75.  In all cited relevance, employee Defendants by and through the State of Oregon, the Oregon Department of Justice and Oregon Law Enforcement, have violated the Plaintiff's 4th Amendment via abuse of the Patriot Act regarding Section 702 and beyond.  State Agencies and Partners have specifically by communicated sensitive Plaintiff Case details through the mass media pertaining to Plaintiff, making said private information known to the public or to a large number of people to include those in Federal or State reporting capacities;

76.  State of Oregon entities, Oregon Department of Justice and Oregon Law Enforcement actions of using private Plaintiff Case data, surveilled communications or location data, has resulted in additional actions of terror to the Plaintiff that enabled human and civil rights violations by the Defendants since reported in detail to FBI HQ in May 2021, *all of which has further caused irreversible damage to the life, health, career and finances of the Asian Plaintiff, since minimally 2018 to the present.*

### *Third Claim for Relief – Torture, via Assault, Battery and Aggravated Assault*

77.  An assault is the act of inflicting physical harm or unwanted physical contact upon a person or, in some specific legal definitions, a threat or attempt to commit such an action. It is both a crime and a tort and, therefore, may result in criminal prosecution, civil liability, or both.

The retaliatory actions of False Imprisonment within a Fraudulent Swatting Crime involving all Cited Defendants, *which is under active Federal Investigation* – has caused permanent reproductive Sterilization and lifelong genetic damage, through willful Racially-driven abuse from inhumane Eugenics *"ethnic cleansing"* methods; excessive sleep deprivation, months of willful nutrition abuse, weeks on end of violent forced allergic reactions within and outside the Plaintiff's body; and continued daily physical assaults from certain races, such as Jewish or Caucasian persons.  Such behavior violations *Section 2340A of Title 18*, which prohibits <u>*torture*</u> committed by public officials under color of law against persons within the public official's custody or control.  Torture is defined to include acts specifically intended to inflict severe physical or mental pain or suffering.  There is Federal extraterritorial jurisdiction over such acts when the perpetrator is a national of the United States, or physically found within the United States.

78.  The specificity of Asian racial targeting and Asian Racially specific methods of *"ethnic cleansing"* endured by the Asian Indian Plaintiff during most of 2019, at the hands of Defendants who are Caucasian and African American, *further demonstrates how physical violence happens, after verbal or political hate goes unacknowledged.*  <u>Genocide is a process.</u> The Holocaust did not start with gas-chambers, but with hate speech.  The highly documented

actions of the Defendants suffering and bodily maiming within medical abuse based on race, for unnecessary racial "treatment", specifically violates Section 1091 of Title 18, which specifically prohibits genocide at any time. Genocide definitively includes violent attacks with the specific intent to destroy in whole or in part – a national, ethnic, racial or religious group. The Low Caste Guyanese Asian Indian Plaintiff has endured nearly two years of continued political attacks from State Leadership, for Reporting physical eugenics-based torture, assault, battery and attempted genocide – beyond basic or extreme Oregon Market Hiring Discrimination.

79. The Plaintiff has additionally submitted Tort Claim Documents *(Letter & required Form)* sent to the State of Oregon Risk Management Division for Claim #L17147201, which lists in more detail – the physical and higher political role of Oregon Department of Justice Defendants at crucial times within the State assisted Swatting Crime during 2019, which is heavily connected to all manners of extreme White Nationalism and wholly indicative of *Aryan Nazi Eugenics techniques* as a means of *"ethnic cleansing",* and of which has maimed the Plaintiff permanently, *leaving her reproductively sterile and desolate.* This coordinated **Swatting Crime** was essentially led by the highest-level State and Oregon DOJ Officials both named and unnamed, and of whom coordinated their poignant roles, with more public State Officials, have been Cited in Ethics Reporting to those such as:

- *The Oregon Nursing Board*

- *The U.S Department of Health & Human Services*

- *Oregon Government Ethics Commission*

- *The Oregon Department of Public Safety Standards and Training*

80.  The Plaintiff was 100% admitted to a Salem Facility from Defendants actions - under false pretenses, from false reporting from an *OSB Reported / OSB PLF Reported:  State DA.*  Bend District Attorney, *John Hummel* is a racially biased State Employee, who worked with (2) other OSB Reported Caucasian Attorneys to unlawfully detain and fraudulently inhumanely justify deeming the Plaintiff "*incompetent*" and in need of the highest security ~ *all 100% in order to stop the low-caste Asian Indian Plaintiff from Reporting severe Police Misconduct and getting EEOC Rights to Sue her Colleagues for severely Structured Corporate Racism.*

**PRAYER**

WHEREFORE, Plaintiff prays for the following relief:

A.  Declaratory and injunctive relief are sought and authorized by 28 U.S.C. §§ 2201 and 2202 as well as 42 U.S.C. § 2000d (d-1) (d-7) and 42 U.S.C. § 3789d(c)(3).

      i.  Additional declaratory judgment is sought deeming that the practices complained of herein, are unlawful and violate 29 U.S.C. §§ 216(b), Title VII, ORS 166.155, ORS 659.805, ORS. 659A.865 and 18 U.S. Code § 241 for Conspiracy against Rights, as well as 42 U.S.C as Codified, 1983/1985/1986/1988.

B.  An order that State of Oregon entities, the Oregon Department of Justice and Oregon Law Enforcement Defendants institute and carry out policies, practices, and programs that provide equal opportunities for all Oregon Citizens regardless of race, national origin, racial heritage, or sex and that it eradicate the effects of their past and present

unlawful racial practices towards minorities, specifically for Asians who are Asian
Indian;

C.  An order that State of Oregon entities, the Oregon Department of Justice and Oregon
Law Enforcement Defendants institute reliable, validated, and racial programming
standards for evaluating cultural impediments, Asian-specific statistics based on differing
Asian types; Asian hate crimes data based on Oregon reporting, and that DOJ staff re-
evaluate determinations for making funding & financial assistance decisions for
minorities or minority business', specifically for Asians who are Asian Indian;

D.  An order that Oregon Law Enforcement Defendants investigate all instances of Reported
Acts of Intimidation via physical Gang-Stalking and unlawful access of Plaintiff Data for
Cyber Harassment – *in addition to full Investigation of the Swatting Crime* – via Judge
injunctive instruction for Defendants Employees to cease and desist from attempting to
harm the Plaintiff in any coordinated or individual way.

E.  An order appointing a monitor to ensure that State of Oregon entities, the Oregon
Department of Justice and Oregon Law Enforcement Defendants complies with the
injunction provisions of any decree that the Court orders;

F.  An order retaining jurisdiction over this action to ensure that State of Oregon entities, the
Oregon Department of Justice and Oregon Law Enforcement Defendants complies with
such a decree;

G.  For an award of economic damages sufficient to offset the loss of income from over (3)
years of documented Oregon Leadership Reporting Retaliation for reporting Employment
Blacklisting; Civil & Human Rights Violations, valued at minimally $250,000 Annually:

along with any additional third-party costs associated with Defendant's causation of psychological trauma to Plaintiff, not limited to:

I.    Liquidated damages;

II.   Exemplary and punitive damages in an amount commensurate with the Defendants ability to pay and to deter future conduct;

III.  Reasonable attorneys' fees and costs to the extent allowable by law, including, but not limited to, 42 U.S.C. § 2000e-5(k), ORS 659A.885(1), and 29 U.S.C. § 216(b);

IV.   Pre-judgment and post-judgment interest, as provided by law; and

V.    Such other and further legal and equitable relief as this Court deems necessary, just, and proper.

VI.   For non-economic damages in amounts to be established at trial;

VII.  For punitive damages in amounts to be determined at trial;

VIII. For such additional relief as the Court may grant per its powers at law and/or in equity.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), Plaintiff demands a trial by jury in this action.

DATED this 14th of July, 2021                   LEANNE HENSLEY, PRO SE

By:_____

Leanne Hensley

AMENDED COMPLAINT FOR DAMAGES – *Case #3:20-cv-00859*